## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| **DEON LAMONT ROSE,** | ) | |
| 212 McRoberts Street | ) | |
| City of Joliet, Illinois 60432 | ) | 1:16-cv-05485 |
| (815) 272-4474 | ) | Judge John W. Darrah |
| | ) | Magistrate Judge Sheila M. Finnegan |
| *Self-Represented* Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| **ILLINOIS DEPARTMENT OF** | ) | JURY TRIAL DEMANDED |
| **CORRECTIONS ( SHERIDAN** | ) | |
| **CORRECTIONAL CENTER)** | ) | |
| sued in it official capacity as | ) | |
| a penal institution organized and | ) | |
| existing under the Laws of the State | ) | |
| of Illinois, | ) | |
| 4017 East 2608 Road | ) | |
| City of Sheridan, Illinois 60551 | ) | |
| **ILLINOIS DEPARTMENT OF** | ) | |
| **CORRECTIONS,** (Administrative | ) | |
| Review Board) sued in its official | ) | |
| capacity as a Department of the State | ) | |
| of Illinois | ) | |
| P.O. Box 19277 | ) | |
| City of Springfield, Illinois 62794-9277 | ) | |
| | ) | |
| Defendants. | ) | |

RECEIVED

MAY 2 3 2016

5-23-2016

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

## VERIFIED COMPLAINT

*NOW COMES* the *Self-Represented* Plaintiff, Deon Lamont Rose ("Rose"), and

complaining of defendant Illinois Department of Corrections (Sheridan Correctional

Center), and defendant Illinois Department of Corrections (Administrative Review

Board).

### I. PRELIMINARY STATEMENT

1. This action is brought pursuant to Title 42 U.S.C. Section 1983 seeking Compensatory

damages against defendant IDOC Sheridan Correctional Center for deprivation of rights while acting "Under the Color" of state law as a criminal behavioral correction treatment facility of defendant Illinois Department of Corrections, and of rights guaranteed under the 8th Amendment of the Constitution for the United States of America, and seeking Compensatory damages against defendant Illinois Department of Corrections (Administrative Review Board) for failure to properly train, supervise, control and discipline.

Plaintiff Rose contend that Niaolett Duffield, Dr. Bautista, D.O.N. Joe N., Dr. Montwill, Debbie McCullough and Dr. O'Baisi, while either acting directly, or acting indirectly as medical services providers for defendant IDOC Sheridan Correctional Center, were personally involved as contributory participants in my being inadequately afforded timely follow-up and adequate medical treatment services for my eyesight impairment, Glaucoma, while under the medical treatment care of Niaoltee Duffield, Dr. Bautista, D.O.N. Joe N., Dr. Montwill, Debbie McCullum and Dr. O'Baisi, which has resulted in the worsening in my eyesight impairment, Glaucoma, and has resulted in my being unable to continue in the practice of my employment training, knowledge and skill, and I honestly and in good faith believe that I am entitled to federal court remedial action.

## II. *J U R I S D I C T I O N*

2.    This action is brought pursuant to Title 42 U.S.C. Section 1983 and the Eighth Amendment of the Constitution for the United States of America. Jurisdiction is founded upon Title 28 U.S.C. Section 1331, 1341(3) and (4) and 1343, and the aforementioned constitutional provision.

## III.  *VENUE*

3.    Venue is proper in this district pursuant to Title 28 U.S.C. Section 1391(b) because this is a civil action that id not founded solely on diversity of citizenship, and this district is where a substantial part of the events giving rise to this claim accrued, as well as the district where defendant Illinois Department of Corrections Sheridan Correctional Center's responsible personnel are employed.

## IV.  *PARTIES*

4.    The *Self-Represented* Plaintiff, Deon Lamont Rose (sometimes hereinafter referred to as Plaintiff "Rose" at all relevant times mentioned hereinafter) is a former detainee/ inmate of defendant Illinois Department of Corrections (Sheridan Correctional Center). During the time period complained of, plaintiff Rose was under the medical treatment and care of defendant Illinois Department Corrections (Sheridan Correctional Center) medical service providers Niaolett Duffield, Dr. Bautista, D.O.N. Joe N., Dr. Montwill, Debbie McCullough and Dr. O'Baisi for my eyesight impairment, Glaucoma.

5.    The Defendant, **ILLINOIS DEPARTMENT OF CORRECTIONS (SHERIDAN CORRECTIONAL CENTER)** (sometimes hereinafter referred to as Defendant "Center" at all relevant times mentioned hereinafter) is the particular facility of defendant Illinois Department of Corrections where Niaolett Duffield, Dr. Bautista, D.O.N. Joe N., Dr. Montwill, Debbie McCullough and Dr. O'Baisi either are directly, or are indirectly contracted by defendant Illinois Department of Corrections to serve as medical services providers for detainees/inmates incarcerated at defendant Illinois Department of Corrections (Sheridan Correctional Center), and is under the direct Administrative Control of defendant Illinois Department of Corrections (Administrative Review Board).

6. The Defendant, **ILLINOIS DEPARTMENT OF CORRECTIONS (ADMIN-ISTRATIVE REVIEW BOARD)** (sometimes hereinafter referred to as defendant "Department" at all relevant times mentioned hereinafter) is a Department of the State of Illinois directly responsible for the administration and operation of the various criminal behavioral corrective treatment facilities, and is organized and existing under the Laws of the State of Illinois, and, as such, is totally liable for the actions of its contracted and/or hired medical service providers. Defendant Illinois Department of Corrections (Administrative Review Board) is sued directly in Count II Section 1983 *Monell* claim.

7. At all times material to this verified complaint, Niaolett Duffield, Dr. Bautista, D.O.N. Joe N., Dr. Montwill, Debbie McCullough, and Dr. O'Baisi, either acting directed , or acting indirectly as contracted and/or hired medical services providers for defendant Illinois Department of Corrections (Sheridan Correctional Center), when engage in the conduct complained of, did so while acting "Under the Color of" the rules, regulations, policies, custom and usage of defendant IDOC Sheridan Correctional Center, defendant Illinois Department of Corrections, and the State of Illinois.

## V. S T A T E M E N T   O F   F A C T S

### DECLARATION OF DEON LAMONT ROSE PURSUANT TO 28 U.S.C. SECTION 1746

8. I, Deon Lamont Rose, declare if called upon could competently testify to the following fact from my own personal knowledge.

9. That defendant IDOC Sheridan Correctional Center's medical service providers, in the persons of Niaolett Duffield, Dr. Bautista, D.O.N. Joe N., Dr. Montwill, Debbie McCullough and Dr. O'Baisi are the medical services providers whom were obligated to ensure that I was afforded with timely follow-up and adequate medical treatment care.

4.

10.    The various acts of deliberated indifference toward affording, me, plaintiff Rose with timely follow-up and adequate medical treatment services committed by defendant IDOC Sheridan Correctional Center's various medical services providers are more fully set forth in my, plaintiff Rose's May 2013 through March 24, 2014 submitted written Offender's Grievances to defendant Illinois Department of Corrections (Administrative Review Board) are adopted in this verified complaint and are attached hereto and made part of this verified complaint, labeled "Exhibit A", which need not be rehashed here.

11.    The conduct complained of on the part of defendant IDOC Sheridan Correctional Center, via its medical services providers in the persons of Niaolett Duffield, Dr. Bautista, D.O.N. Joe N., Dr. Montwill, Debbie McCullough and Dr. O'Baisi, as described in the Offender's Grievances cited as "Exhibit A" was so cruel and unusual that it shocks the conscience and violates the decencies of civilized conduct and was done willfully and wantonly, intentionally and/or with reckless disregard and gross deliberate indifference toward plaintiff Rose's medical treatment need.

12.    As a direct and proximate result of the deliberate indifference toward affording plaintiff Rose with timely follow-up and adequate medical treatment care, as prescribed by the medical physicians at the University of Chicago. Plaintiff Rose was injured, including the suffering the worsening of his eyesight impairment, Glaucoma, and he continues to suffer the inability to become gainfully re-employed in the occupation of his education, training, knowledge and experience to enable him to improve the quality of his standard of living, and he continues to suffers humiliation, great mental anguish, pain of mind, sleepless nights, worriment of mind of becoming totally blind, and he suffered the deprivation of his rights to be free of cruel and unusual punishment as guaranteed to

him under the Eighth Amendment of the Constitution for the United States of America, as described above, all to his damage.

13. That the various forms of negligence on the part of defendant Illinois Department of Corrections (Administrative Review Board) to properly train, supervise, control and discipline the various medical service providers whom were personally involved in committing the numerous acts of deliberate indifference complained of toward affording me, plaintiff Rose, with timely follow-up and adequate medical treatment services is fully set forth in the defendant Illinois Department of Corrections Administrative Review Board's various issued Responses To Offender's Grievance are attached hereto and made part of this verified complaint, labeled "Exhibit B", which need not be rehashed here.

14. The conduct complained of on the part of defendant Illinois Department of Corrections (Administrative Review Board), as depicted in "Exhibit B", was so unreasonable that it shocks the conscience and violates the decencies of civilized conduct and was done intentionally, carelessly and/or reckless disregard and gross negligence toward properly training, supervising, controlling and disciplining defendant Illinois Department of Corrections' contracted and/or hired medical service providers, in the persons of Niaolett Duffield, Dr. Bautista, D.O.N. Joe N., Dr. Montwill, Debbie McCullough, and Dr. O'Baisi.

15. As a direct and proximate result of the failure on the defendant Illinois Department of Corrections (Administrative Review Board) to properly train, supervise, control and discipline its contracted and/or hired medical services providers. Plaintiff Rose's legitimate grievances concerning his being deprived of timely follow-up and adequate medical treatment care have gone unresolved, and he suffered great mental anguish, pain

of mind and emotional distress, and he suffered the deprivation of his right have his legitimate grievances thoroughly investigated and resolved, as guaranteed to him under the Due Process of Law Clause of the Fourteenth Amendment of the Constitution for the United States of America, all to his damage.

16. Plaintiff Rose declare under penalty of perjury under the Laws of the United States of America that the statements presented above are true and correct.

17. Plaintiff Rose further declare under penalty of perjury under the Laws of the United States of America that the documents attached to this verified complaint cited as "Exhibits A & B" are copies of the documents which they purport to be and are maintained as daily business records in the files of defendant Illinois Department of Corrections' Administrative Review Board.

FURTHER DECLARANT SAITH NOT:

Executed On: 5-23-16

Deon Lamont Rose
Deon Lamont Rose

7.

## STATEMENT OF CLAIMS

## COUNT I

### Section 1983 – Eighth Amendment –
### Cruel and Unusual Punishment Violation Claim
### (DEFENDANT ILLINOIS DEPARTMENT OF CORRECTIONS (SHERIDAN CORRECTIONAL CENTER))

18.    Plaintiff Rose repeats and realleges paragraphs 1 – 5, 7 – 12, 16 & 17 of his verified complaint as though fully set forth herein as paragraphs 1 – 5, 7 – 12, 16 & 17 and made paragraph 18 of Count I of his verified complaint.

19.    The personal actions and/or inactions on the part of defendant IDOC Sheridan Correctional Center's contracted and/or hired medical service providers, in the persons of Niaolett Duffield, Dr. Bautista, D.O.N. Joe N., Dr. Montwill, Debbie McCullough and Dr. O'Baisi, as described in "Exhibits A", were cruel and unusual.

20.    Said cruel and unusual punishment deprived plaintiff Rose of his right to be afforded with timely follow-up and adequate medical treatment care for his eyesight impairment, Glaucoma, and was an unreasonable deprivation of his much needed timely follow-up and adequate medical treatment care for his eyesight impairment, Glaucoma, and, as such, is tantamount to a violation of Title 42 U.S.C. Section 1983 and the Eighth Amendment of the Constitution for the United States of America.

21.    As a direct and proximate result of the unwarranted cruel and unusual punishment of being deprived of timely follow-up and adequate medical treatment care for his eyesight impairment, Glaucoma, plaintiff Rose was injured, including suffering the worsening of eyesight impairment, and he suffered great mental anguish, pain of mind and great emotional distress, and he suffers the possibility of becoming totally blind, and he

8.

suffered and will continue to suffer being unable to resume gainful employment in his occupational field of education, training, knowledge and experience to improve the quality of his standard of living, and he suffers constant nightmares of having to go through the rest of his life living below the poverty line, and he suffered being deprived of his rights guaranteed to him under the Eighth Amendment of the Constitution for the United States of America, as described above, all to his damage.

*WHEREFORE*, the *Self-Represented* Plaintiff, **DEON LAMONT ROSE** ("Rose") demands judgment against defendant Illinois Department of Corrections (Sheridan Correctional Facility) for Compensatory damages in the sum of **ONE MILLION DOLLARS** ($1,000.000), plus the cost of this action, and such other and further relief as this Court deems fair, just and equitable.

## COUNT II

### Section 1983 – *MONELL* - Failure to Properly Supervise, Train, Control and Discipline Violation Claim
### (DEFENDANT ILLINOIS DEPARTMENT OF CORRECTIONS (ADMIN-ISTRATIVE REVIEW BOARD))

22. Plaintiff Rose repeats and realleges paragraphs 1 – 21 of his verified complaint as though fully set forth herein as paragraphs 1 – 21 and made paragraph 22 of Count II of his verified complaint.

23. The constitutional violation detailed above were only possible for defendant IDOC Sheridan Correctional Center's contracted and/or hired medical service providers, in the persons of Niaolett Duffield, Dr. Bautista, D.O.N. Joe N., Dr. Montwill, Debbie McCullough, and Dr. O'Baisi, to perpetrate against plaintiff Rose because of the custom, policies and practices of defendant Illinois Department of Corrections (Admin-

9.

istrative Review Board), whereby the Administrative Review Board, acting through defendant Illinois Department of Corrections, failed utterly to properly supervise, train, control, discipline defendant IDOC Sheridan Correctional Center's complained of assigned medical service providers, and utterly failed to adequately conduct thorough investigations into plaintiff Rose's Offender's Grievances submitted against defendant IDOC Sheridan Correctional Center's complained of assigned medical services providers.

24.    These failures included (1) failure to take any steps to supervise, control, train and discipline the complained of medical staff members, thus maintaining an atmosphere and climate where acts of deliberate indifference to detainees/inmates' medical needs are not punished, encouraging the complained of medical staff members to disregard providing adequate, sufficient and timely required medical services among detainees/inmates in general, and plaintiff Rose, in particular; (2) failure to properly track, notice, act upon or take corrective action against patterns of reported acts of deliberate indifference toward affording detainees/ inmates with timely follow-up and adequate medical treatment care by various medical services providers, thus encouraging a climate of constitutional abuse; (3) failure to properly instruct or train its contracted and/or hired medical service providers in what constitutes deliberate indifference to medical treatment and care for detainees/inmates, and what constitutes deprivation of detainees/inmates right to be free of being subject to cruel and unusual punishment guaranteed under the Eighth Amendment of the Constitution for the United States of America; (4) failure to afford plaintiff Rose's formal written Offender's Grievances against its contracted and/or hired medical service providers with adequate and thorough investigation, thus encouraging a climate of where inmates legitimate grievances of inadequate and insufficient medical treatment

10.

care would go unaddressed and unresolved.

25.     In the alternative, said conduct on the part of the complained of medical staff members of defendant Illinois Department of Corrections (Sheridan Correctional Center), at all time relevant hereto, was consistent with, and in accordance with the deliberate indifference policy and practice of defendant Illinois Department of Corrections Administrative Review Board whom having final policymaking and decision-making authority to intervene to prevent continuous complained of acts of deliberate indifference toward the medical services, treatment and care of detainees/inmates, and, as such, is tantamount to a violation of Title 42 U.S.C. Section 1983 and the cruel and unusual punishment clause of the Eighth Amendment of the Constitution for the United States of America.

26.     Moreover, said conduct on the part of defendant Illinois Department of Corrections Sheridan Correctional Center's medical staff personnel, was pursuant to the decision and negligent conduct of defendant Illinois Department of Corrections' Administrative Review Board which having actual or constructive knowledge of defendant Illinois Department of Corrections (Sheridan Correctional Center) complained of medical service provider's deliberate indifference toward plaintiff Rose and other detainees/inmates' medical treatment needs, created the atmosphere for defendant Illinois Department of Corrections (Sheridan Correctional Center) complained of medical services providers to engage in conduct that posed pervasive and unreasonable risks of deliberate indifference toward the medical treatment needs of detainees/inmates, in general, and to plaintiff Rose, in particular. Defendant Illinois Department of Corrections (Administrative Review Board) response to that knowledge was so inadequate as to show a deliberate indifference and a tacit authorization of the inadequate and insufficient medical treatment care per-

11.

petrated by its contracted and/or hired medical service providers, in the persons of Niaolett Duffield, Dr. Bautista, D.O.N. Joe N., Dr. Montwill, Debbie McCullough and Dr. O'Baisi, and, as such, is tantamount to a violation of Title 42 U.S.C. Section 1983, and the cruel and unusual punishment clause of the Eighth Amendment of the Constitution for the United States of America, and the due process of law and equal protection of the laws clauses of the Fourteenth Amendments of the constitution for the United States of America.

*WHEREFORE,* the *Self-Represented* Plaintiff, **DEON LAMONT ROSE** ("Rose") respectfully beseeches this Honorable Court to adjudge and decree that defendant Illinois Department of Corrections (Sheridan Correctional Center) has engaged in the conduct alleged herein, in violation of Title 42 U.S.C. Section 1983 et seq., and award plaintiff Rose **ONE MILLION DOLLARS** ($1,000,000.00), in Compensatory damages as a result of defendant Illinois Department of Corrections' Administrative Review Board's condoning defendant Illinois Department of Corrections (Sheridan Correctional Center) complained of medical staff personnel's deprivation of plaintiff Rose's right to be free of cruel and unusual punishment guaranteed under the Eighth Amendment of the Constitution for the United States of America, plus cost of this action, and for such other and further relief as this Court deems fair, just and equitable.

## JURY DEMAND

27.     Plaintiff Rose hereby demands a trial before a petit jury on all triable issues in this verified complaint.

## RESERVATION OF RIGHTS

28.  Plaintiff Rose's investigation is ongoing. Rose reserves the right to amend this verified complaint to include additional claims and additional defendants should his investigation so merit.

*Respectfully submitted*

By _Deon Rose_
**DEON LAMONT ROSE**
*Self-Represented* **Plaintiff**

Deon Lamont Rose
212 McRoberts Street
City of Joliet/County of Will
State of Illinois  60432
(815) 272-4474

# EXHIBIT
# A

To Whom It May Concern,                    8-5-13

             I am writing this
letter to you, The Administrative Review Board,
as well as sending along with it 7 Grievances
that I have filed on the medical staff here at
the Sheridan Correction Center. The Grievances
are copies but I do have the originals if they
are needed.
             I feel that the medical staff is
stalling to answere my grievances, not taking
this issue serious, or they simply dont care.
Whatever the reason, I am going blind, I have
to live with pain, and I have to live with
ridicule and degredation, daily, because this
medical staff did not take my condition serious
enough, I now have to live in fear of the
posibility of going blind due to a posible
side effect from the surgery that I must
have in order for me not to go blind for
sure. Could you please look into this matter
to ensure that this medical staff preaceeds
with professionalism from this point in
meeting all of my medical needs.
                         Thank You
                         Deon Rose
                         Deon Rose

| Date: 5-28-13 | Offender: (Please Print) Deon L. Rose | ID#: K61186 |

| Present Facility: Sheridan Corr. Cent. | Facility where grievance issue occurred: Sheridan C. C. |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___  Date of Report  _____ Facility where issued

Note:     Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I am filing this Grievance on the Medical Staff and any personell in charge of writs. I have Glaucoma, and I am repeatedly denied prompt refills of eye drops that I am required by Glaucoma Specialists at the University of Chicago. to take daily, to prevent blindness. I was also scheduled for a follow up for an after surgery proceedure by this same Glaucoma Specialist, who is also my surgeon. As of today 5-28-13, I am exactly 4 weeks late for this mandatory follow up proceedure. I have experienced serious eye pain/loss of vision. At times, because of the delay on the refills of my eye drops have been so long, I have had to endure

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Deon Rose | K61186 | 5,28,2013 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (If applicable)**

Date Received: 6,13,13

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: forwarded to HCUA for handling

| C Male | C Male | 6,13,13 |
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____     ___/___/___
Chief Administrative Officer's Signature     Date

temporary blindness, and had to go to Health Care several days in a row, with severe eye pain that progressed throughout the nights of these Health Care visits. This is also a direct result of the valve that was inserted into my eye ball not being opened. Opening this valve in my eye is mandatory in order for the surgical proceedure to begin working, as this will release pressure in my eye, preventing furthur damage to my eye, preventing blindness.

This same surgeon that I continuously mention, has repeatedly requested that he do an eye exam after the valve has been opened in my eye and the stitches have disolved, so that I can be fitted for proper eye glasses. Also this same specialist/surgeon, has repeatedly directed me to imform the medical staff, or whom ever it may concern, to contact him if there is any questions or problems concerning my visit to U.I.C. or with my eyes period. No one has followed his advice to contact him and I am repeatedly questioned after these visits by the medical staff at Sheridan, even after I have repeatedly informed them that, "I am not a doctor, the specialist would like someone here to contact him for the information you request." I have recently been given glasses but I can't see with them on. This is the reason the Glaucoma Specialist would like to do the exam if at all posible.

Relief Requested
To be allowed to continue my visits scheduled by the Glaucoma Specialist at the University of Chicago. To recieve my eye drops on time, if posible, pre-order the drops and allow my refills on the refill dates on the boxes. To please allow the Glaucoma Specialist at the University of Chicago to fit me with the proper prescribtion for eye glasses.

Thank You,
Deon Rose
Deon Rose
May 28, 2013

| Date: 5-28-13 | Offender: (Please Print) Deon L. Rose | ID#: K61186 |
|---|---|---|
| Present Facility: Sheridan Corr. Cent. | Facility where grievance issue occurred: Sheridan C. C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [x] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify): _____
- [ ] Disciplinary Report: ____/____/____ _____
  Date of Report    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I am filing this Grievance on the Medical Staff and any personell in charge of writs. I have Glaucoma, and I am repeatedly denied prompt refills of eye drops that I am required by Glaucoma Specialists at the University of Chicago to take daily, to prevent blindness. I was also scheduled for a follow up for an after surgery proceedure by this same Glaucoma Specialist, who is also my surgeon. As of today 5-28-13, I am exactly 4 weeks late for this mandatory follow up proceedure. I have experienced serious eye pain/loss of vision. At times, because of the delay on the refills of my eye drops have been so long, I have had to endure

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Deon Rose | K61186 | 5.28.2013 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 6.13.13

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: forwarded to HCUA for handling

| C male | C male | 6.13.13 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: ____/____/____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____    ____/____/____
Chief Administrative Officer's Signature    Date

temporary blindness, and had to go to Health Care several days in a row, with severe eye pain that progressed throughout the nights of these Health Care visits. This is also a direct result of the valve that was inserted into my eye ball not being opened. Opening this valve in my eye is mandatory in order for the surgical proceedure to begin working, as this will release pressure in my eye, preventing furthur damage to my eye, preventing blindness.

This same surgeon that I continuously mention, has repeatedly requested that he do an eye exam after the valve has been opened in my eye and the stitches have disolved, so that I can be fitted for proper eye glasses. Also this same specialist/surgeon, has repeatedly directed me to imform the medical staff, or whom ever it may concern, to contact him if there is any questions or problems concerning my visit to U.I.C. or with my eyes period. No one has followed his advice to contact him and I am repeatedly questioned after these visits by the medical staff at Sheridan, even after I have repeatedly informed them that "I am not a doctor, the specialist would like someone here to contact him for the information you request." I have recently been given glasses but I can't see with them on. This is the reason the Glaucoma Specialist would like to do the exam if at all posible.

_____

Relief Requested

To be allowed to continue my visits scheduled by the Glaucoma Specialist at the University of Chicago. To recieve my eye drops on time, if posible, pre-order the drops and allow my refills on the refill dates on the boxes. To please allow the Glaucoma Specialist at the University of Chicago to fit me with the proper prescribtion for eye glasses.

Thank You,
Deon Rose
Deon Rose
May 28, 2013

Date: 5-28-13  Offender: (Please Print) Deon L. Rose  ID#: K61186

Present Facility: Sheridan  Facility where grievance issue occurred: Sheridan

**RECEIVED**
MAY 30 2013
SHERIDAN CORRECTIONAL CENTER
CLINICAL SERVICES

NATURE OF GRIEVANCE:

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability
☒ Staff Conduct ☐ Dietary ☒ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify):

☐ Disciplinary Report: ____/____/____
　　　　　　　　　Date of Report　　　　　　　　　　　Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
　　Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
　　Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
　　Chief Administrative Officer, only if EMERGENCY grievance.
　　Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
　　administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
　　Administrative Officer.

Brief Summary of Grievance: I am filing this Grievance on the medical staff and any personell in charge of writs. I have Glaucoma and I am repeatedly denied prompt refills of eyedrops that I am required by Glaucoma Specialists at the University of Chicago to take daily to prevent blindness. I was also scheduled for a follow up for an after surgery proceedure by this same Glaucoma Specialist, who is also my surgeon. As of tod 5-28-13, I am exactly 4 weeks late for this mandato, follow up proceedure. I have experienced serious eye pain/loss of vi ▓▓▓▓ At times, because the delay on the refills of my eye drops have been so long, I have had to endure

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Deon Rose  K61186  5/28/13
Offender's Signature　　　　ID#　　　　Date

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: ____/____/____  ☐ Send directly to Grievance Officer  ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

Print Counselor's Name　　　　　Counselor's Signature　　　　　Date of Response

---

### EMERGENCY REVIEW

Date Received: 5/30/13

Is this determined to be of an emergency nature?　☐ Yes; expedite emergency grievance
　　　　　　　　　　　　　　　　　　　　　　☒ No; an emergency is not substantiated.
　　　　　　　　　　　　　　　　　　　　　　Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature　　　　　Date 5/30/13

Distribution: Master File; Offender

temporary blindness and had to go to Health Care several days in a row with severe eye pain that progressed throughout the nights of these Health Care visits. This is also a direct result of the valve that was inserted into my eye ball not being opened. Opening this valve in my eye is mandatory in order for the surgical procedure to begin working, as this will release pressure in my eye preventing further damage to my eye, preventing blindness. This same Surgeon that continues, mentioning has repeatedly requested that he do an eye exam after the valve has been opened in my eye and the stitches dissolved, so that I can be fitted for proper eye glasses. Also this same Specialist/Surgeon has repeatedly directed me to inform the medical staff or whomever it may concern, to contact him if there is any questions or problems concerning my visit to U.I.C. or with my eyes period. No one has followed his advice to contact him and I am repeatedly questioned after these visits by the medical staff at Sheridan, even after I have repeatedly informed them that I am not a doctor, the specialist would like someone here to contact him for the information upon request. I have recently been given glasses, but I cont see with them on. This is the reason the Glaucoma Specialist would like to do the eye exam if at all possible.

Relief Requested

To be allowed to continue my visits scheduled by the Glaucoma Specialist at the University of Chicago. To recieve my eye drops on time, it possible, pre order the drops and allow my refills on the refill dates on the boxes. To please allow the Glaucoma Specialist at the University of Chica-go to fit me with the proper prescription for eye glasses.

Thank You,

Deon Rose

Deon Rose 961186

May 28, 2013

I am writing
your law firm
to request
your services
to take action
against this
medical staff.
I have also
sent copies
of these
grievances to
the administration
review board in
Springfield. But
because the grievance
dept. is so far
behind I fear
my complaint
against this staff
will expire. I
am scheduled to
have the surgery
I was trying

---

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Date: 5-28-13  Offender: (Please Print) Deon L. Rose  ID#: K61186

Present Facility: Sheridan   Facility where grievance issue occurred: Sheridan

**RECEIVED** MAY 30 2013 SHERIDAN CORRECTIONAL CENTER CLINICAL SERVICES OFFICE

**NATURE OF GRIEVANCE**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify):

☐ Disciplinary Report: ____/____/____ Date of Report ____ Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I am filing this Grievance on the medical staff and any personell in charge of writs. I have Glaucoma and I am repeatedly denied prompt refills of eyedrops that I am required by Glaucoma Specialists at the University of Chicago to take daily to prevent blindness. I was also scheduled for a follow up for an after surgery proceedure by this same Glaucoma Specialist, who is also my surgeon. As of today 5-28-13, I am exactly 4 weeks late for this mandatory follow up proceedure. I have experienced serious eye pain/loss of vision At times, because the delay on the refills of my eye drops have been so long, I have had to endure

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Deon Rose  _Offenders Signature_   K61186   5-28-13
ID#    Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name    Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: 5-30-13

Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature    5-30-13
Date

Distribution: Master File; Offender

temporary blindness and had to go to Health Care several days in a row with severe eye pain that progressed throughout the nights of these Heath Care visits. This is also a direct result of the valve that was inserted into my eye ball not being opened. Opening this valve in my eye is mandatory in order for the surgical procedure to begin working, as this will release pressure in my eye preventing further damage to my eye, preventing blindness. This same Surgeon mentions that I continuously has repeatedly requested that he do an eye exam after the valve has been opened in my eye and the stitches desolved so that I can be fitted for proper eye glasses. Also this same specialist/Surgeon has repeatedly directed me to inform the medical staff or whomever it may concern to contact him if there is any questions or problems concerning my visit to U.I.C. or with my eyes period. No one has followed his advice to contact him and I am repeatedly questioned after these visits by the medical staff at Sheridan even after I have repeatedly informed them that I am not a doctor, the specialist would like someone here to contact him for the information you request. I have recently been given glasses but I cant see with them on. This is the reason the Clausoma Specialist would like to do the exam if at all posible.

**Relief Requested**

To be allowed to continue my visits scheduled by the Clausoma Specialist at the University of Chicago. To receive my eye drops on time, it posible, please order the drops and allow my refills on the refill dates on the boxes. To please allow the Clausoma Specialist at the University of Chicago to fit me with the proper prescription for eye glasses.

Thank You,
Deon Rose
Deon Rose K61186
May 28, 2013

to avoid. I begged this institution repeatedly to take my condition serious.

I apoligize for requesting your help in this matter. I have more copies with out this writing. Please consider my request for help from your law firm.

Thank You

Deon Rose

| Date: 7-12-13 | Offender: (Please Print) Deon L. Rose | ID#: 9K61186 |
|---|---|---|
| Present Facility: Sheridan Corr. Center | Facility where grievance issue occurred: Sheridan C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____
  Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
　　Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
　　Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
　　Chief Administrative Officer, only if EMERGENCY grievance.
　　Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On 7-3-13, I went to the med-line window here at the Sheridan Correction Center to turn in the required "refill sticker" for a refill of Prednisolone AC 1% Eye Drop, the generic medicine for Pred forte. This is the same steroid eye drop that I wrote a grievance about on 6-14-13. The doctors here Know how important it is for me to have continued use of this drop as well as any other eye drop that I take because of the seriously painful discomfort, and the very frieghtning loss of vision that I have suffered due to the continued & repeated delay of me receiving these drops. Also, the Glaucoma specialist at the University of Chicago has left numerous notes in my medical file

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Deon Rose | 9K61186 | 7 12 2013 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

| **Counselor's Response (if applicable)** | |
|---|---|

Date Received: 7, 17, 13　　[ ] Send directly to Grievance Officer　　[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Issue Reached, per Dr Mantuvill, made contract 7-17-13 @ 205pm, w/ issues stated. Dr. Mantuvill states he seen Im last week & all issues Addressed

| C Neale | C Neale | 7, 17, 13 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

| **EMERGENCY REVIEW** | |
|---|---|

Date Received: ____/____/____

Is this determined to be of an emergency nature?　[ ] Yes; expedite emergency grievance
　[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____　　____/____/____
Chief Administrative Officer's Signature　　　Date

noting the vitality of the eye drops to me. Altho the doctors here at Sheridan did not take this refill order sticker from me, I went to the University of Chicago on July 2, 2013, where Dr. Patel - Excuse me if I mispelled his name - the Doctor at U.I.C., gave the order to continue all eye drops until further notice. Also on July 7, 2013, I turned in an eye drop called Dorzolamide HCL 2 % Eye Drop, generic for Trusopt, another extremely vital eye drop that is prescribed to me to maintain control of my medical condition, Glaucoma. I am experiencing the same disregaurd that forced me to write prior grievances on this medical staff. I recieved the Dorzolamide on 6-7-13. I resieved the Prednisolone on 6-18-13, and at that time I was told to use it, one drop in my right eye 4 times a day. As of 7-12-13 10:36 a.m., I have not received these eye drops.

____Reliefe Requested - The proper authorized personell look into this matter. Please honer my request in prior grievances by getting me these eye drops in a respectable amount of time. The medical professional that makes the refill order checks the bottle to see how empty they are. To be treated like a living human being. Don't let me go blind! My eyes hurt as I write this.

Thank You
Deon Rose
Deon Rose
July 12, 2013

# OFFENDER'S GRIEVANCE

**Date:** 7-15-13

**Offender:** (Please Print) Deon L. Rose

**ID#:** K61186

**Present Facility:** Sheridan Corr. Center

**Facility where grievance issue occurred:** Sheridan C. C.

## NATURE OF GRIEVANCE:

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify)

- [ ] Disciplinary Report: ____ / ____ / ____
  Date of Report            Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.

**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.

**Chief Administrative Officer,** only if EMERGENCY grievance.

**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On 7-12-13, I wrote a Grievance on the medical staff concerning me once again not recieving refills of the eye drops I have continuously been forced to go without, due to unexplained, repeated, delays. I wrote the Grievance on 7-12-13, because on 7-3-13, I turned in an eye drop called Prednisolone AC 18. I turned this Grievance in to my I.D.O.C. counselor, Mrs. C. Nagel. After Mrs. C. Nagel read that Grievance in front of me, she suggested that I check the "Emergency" box, and I did. That Grievance was returned to me with the 'not an emergency' box checked. Altho on the very same day that I turned that same Grievance in to Mrs. C. Nagel, I also turned in 2

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

**Offender's Signature:** Deon L. Rose  **ID#:** K61186  **Date:** 7, 15, 2013

(Continue on reverse side if necessary)

## Counselor's Response (if applicable)

**Date Received:** 7, 17, 13

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** Issue Resolved, contacted SCC eye Dr. Montwill 7-17-13 @ 205pm Discussed grievance, Dr. Stated he had seen Inm. last week, will taken care of Cnagle.

**Print Counselor's Name:** Cnagle  **Counselor's Signature:** Cnagle  **Date of Response:** 7, 17, 13

## EMERGENCY REVIEW

**Date Received:** ____ / ____ / ____

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature                    Date

medical health care forms, one to the Nurse and one to the eye doctor, notifying them of the fact that I had not recieved my medication and that I was experiencing eye pain. Dr. Montwill won't be in until Wednesday, 7-17-13, I believe. I wrote a request to him because I don't believe that I will have recieved the medication by then, and I also believe that I have tried to contact the people responsible for my medication. I turned that medication in on 7-3-13 at A.M. medline and as of 7-15-13 at 7:48 p.m. I still haven't recieved this medicine, altho I have been back to this same med-line window, several times, and each time I was told, "Maybe tomorrow," "I don't have time to check right now." I also turned in eye drops on 7-11-13, at the A.M. med-line window. The drops were Brimonidine 0.2% and Timolol 0.5%, and I haven't recieved iether of these medications. I turned in a drop called Dorzolamide HCL 2% on 7-7-13. at this same A.M. med-line window and I did however recieve this medication on 7-11-13. I am in serious pain at this very moment, as I have gone days without eyedrops. I am experiencing substantial vision loss at this very moment. I am seriously depressed, frustrated, angry and scared that I will indeed go blind because I know the damage that is currently being done to my eyes because I am informed by this medication. I know this because I am informed by doctors and I follow their orders word for word. I am able to write this Grievance because I took my time, it was hard because my eyes hurt and I see double. I work in the dietary, I am on floor care, I sweep and mop and take out garbage. I am able to do these things because I refuse to give up on myself like everyone else has.

    Relief Requested – Please start giving me the drops that have been prescribed to me for well over a year now, as well as any medications prescribed to me because I don't want to go blind. I am a convicted felon, an inmate, but I am human. Please treat me as one. I will take a polygraph test to authenticate every statement I made in this Grievance.

               Deon Rose
               Deon Rose
               July 15, 2013

## OFFENDER'S GRIEVANCE

| Date: 7-19-13 | Offender: (Please Print) Deon L. Rose | ID#: K61186 |
|---|---|---|

| Present Facility: Sheridan C.C. | Facility where grievance issue occurred: Sheridan Corr. Center |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I am writing this grievance on the medical staff here at the Sheridan C.C. on the disrespectful, negligent, incompetent way that my medical condition is being addressed. I wrote a grievance earlier today discussing the delay of eye drops being issued to me, about not being seen by the medical staff even though I have turned in several request slips to see a nurse or eye doctor, and I wrote in that grievance a complaint about the eye doctor, Dr. Montwill, lying, saying that he saw me a week ago and "took care of my issues". After turning in that grievance, I stopped at the the officers desk in G-26 and asked C/O Nolan could he please call health care to see if they would see

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____  _____  ___/___/___
Offender's Signature          ID#          Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 7, 23, 13 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: I'm currently on med furlough. Will forward to HCA for handling

_____  _____  7/23/13
Print Counselor's Name        Counselor's Signature         Date of Response
C. Nagle CCII              C. Nagle

---

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____                           ___/___/___
Chief Administrative Officer's Signature              Date

me. I told him that because I haven't had eye drops in a few days, my eyes hurt and my vision is very blurry. He called them after looking at my eyes. Even though he is not a doctor, upon his inspection, my eyes looked bad enough for him to call health care for me. They agreed to see me. I was called into the nurses station where I was questioned by the Assistant Chief Administrator, Joe. I was asked which medications I was missing. After telling him Timolol, and Prednisolone, he stated that these medicines will be in soon. I asked him why I recieved eye drops that I had turned in after those drops he could not give me a comprehensive answer, then he changed the subject and told me that he is refering me to Dr. Batista. I told him my eyes hurt now, it will be days before I see Dr. Batista. I stated look at my eyes, you can see something is wrong. He replied, Your eyes are always red. I then asked him if the drops that I was referring to had been ordered, he said no. I asked was the sticker for a refill that I had turned in anywhere to be found. Again he said No, we have wasted enough time on this matter, I am referring you to Dr. Batista. No other action was taken. He did not look into my eyes to even check my pupils. He did not check any of my vitals to see if the problem originated elsewhere. On this 96° day my vision is extremely bad. My presence only seemed to irritate Nurse Joe. As he closed my file and notified me again as he stood and ushered me from the nurses station that I would be referred to Dr. Batista, I had no choice but to exit the health care unit unexamined.

Relief Requested - A thorough investigation of the blatant negligent way medical treatment is being addressed by the medical staff, here at the Sheridan Corr. Center.

Deon Rose
Deon Rose
7-19-13

## OFFENDER'S GRIEVANCE

| Date: 7-19-13 | Offender: Deon L. Rose (Please Print) | ID#: K61186 |
|---|---|---|

| Present Facility: Sheridan Corr. Center | Facility where grievance issue occurred: Sheridan C. C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____ Date of Report     Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On 7-15-13 I wrote a Grievance on the medical staff here at the Sheridan Correction Center, for again, not giving me the eye drops that I am prescribed to treat Glaucoma. Also included in that Grievance, was a complaint from me, stating that I had submitted several health care request forms, stating this issue of me not recieving this medication, and the fact that I was experiencing blurred vision as well as eye pain. I submitted one request to the nurse staff, and one to Dr. Montwill both on 7-11-13. Since then I have submitted 3 more ~~_____~~ _____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Deon Rose | K61186 | 7.19.2013 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

| **Counselor's Response (If applicable)** |
|---|

Date Received: 7.23.13    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: I'm currently on Med. call. Will forward Grievance to HCUA for handeling

| C Nagle | COII | C Nagle | 7.23.13 |
|---|---|---|---|
| Print Counselor's Name | | Counselor's Signature | Date of Response |

| **EMERGENCY REVIEW** |
|---|

Date Received: ____/____/____    Is this determined to be of an emergency nature?    [ ] Yes; expedite emergency grievance    [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature      ____/____/____ Date

requests to see the nurse, and 3 more to see Dr. Montwill ~~and~~ ~~see~~ ~~him~~. I also had the desk officer in C-26 on 7-16-13 at approximately 12:30 p.m. Call health care, telling them of my symptoms. They refused to see me. And as of 7-19-13 8:27 a.m. I still have not been seen by anyone on the Sheridan medical staff, nor talked to by anyone on the Sheridan medical staff. On 7-18-13, the earlier mentioned grievance was returned to me, signed by C. Nagle, my I.D.O.C. counselor, stating that she had contacted Dr. Montwill on 7-17-13, the grievance had been discussed, that he had seen me last week, and that all issues had "been taken care of." This is not true. Dr. Montwill, nor anyone on the Sheridan medical staff has seen nor talked to me since I was seen by Dr. Montwill on 6-26-13. I went to the University of Chicago on 7-2-13 when I also discussed blurred vision and eye pain with the Doctors there. I was seen by Dr. Batista on 7-8-13. to be seen as a follow up from U.I.C., when I told him again about eye pain and vision problems. Nothing has been done about this, including no urgency at all to get me the eye drops I need. I have been prescribed the same drops now for 18 months by the doctors here at Sheridan and orders have been confirmed by doctors at U.I.C., but I have not been recieving them regularly. As a result of this I have to have other proceedures including another surgery to the same eye that I had surgery on in April. I still don't have the Prednisolone that I have been waiting for for 2½ weeks nor do I have the Timilol that I have waited for over a week. I have no choice but to continue to file grievances even tho absolutely nothing is being done.

Relief Requested — ~~and~~ ~~will~~ A thorough investigation be done on the medical staff as well as the practices of this medical staff at the Sheridan C.C. These doctors communicate with the doctors at U.I.C. concerning how my medical condition needs to be addressed. Anyone ~~associated~~ conected with this medical staff be held fully responsible for any and all neglegent behaviors concerning any and all problems and issues that I have experienced and will experience due to any and all neglegent medical malpractice. //

Deon Rose

Deon Rose

7-19-13.

| **Grievance Officer's Report** |
|---|

**Date Received:** June 13, 2013       **Date of Review:** September 9, 2013       **Grievance #** (optional): 9-2-18

**Offender:** Rose, Deon                                    **ID#:** K61186

**Nature of Grievance:** Medical Treatment

RECEIVED

SEP 10 2013

SHERIDAN CORRECTIONAL CENTER
CLINICAL SERVICES

**Facts Reviewed:** Grievant states he has glaucoma and is repeatedly denied prompt refills of eye drops that he is required by glaucoma specialists at the University of Chicago to take daily to prevent blindness. He says he was also scheduled for a follow up for an after surgery procedure by this same glaucoma specialist, who is also his surgeon, and as of 5-28-13 he is exactly 4 weeks late for this mandatory follow up procedure. He says due to the delay on the refills he has experienced temporary blindness and severe eye pain. Grievant says the glaucoma specialist repeatedly directs him to inform the medical staff to contact him if there are any questions or problems but no one has followed his advice and Grievant is repeatedly questioned after these visits by the medical staff at Sheridan. He has recently been given glasses but says he can't see with them on.


**Relief from Grievant:** To be allowed to continue my visits scheduled by the glaucoma specialist at the university of Chicago. To receive my eye drops on time, if possible, pre-order the drops and allow my refills on the refill dates on the boxes. To please allow the glaucoma specialist at the University of Chicago to fit me with the proper prescription for eye glasses. Thank you.


**Response from Grievance Officer:** Per Catalino Bautista, M.D., Medical Director, Sheridan Correctional Center

This is in response to the grievance letter by Rose, Deon K61186 dated 5/28/13.

Mr. Rose is asking to be allowed to continue with his next scheduled visit with UIC glaucoma clinic.

Mr. Rose completed the above visit with UIC glaucoma clinic on 7/22/2013. Furthermore his scheduled second eye surgery has now been completed as of this writing. Obtaining approvals by the HCU for future visits has been prompt. However delays may occur due to UIC glaucoma clinic scheduling contraints.


**Recommendation:** Based upon the above information, it is the recommendation of this Grievance Officer that the grievance be Moot.


C. Reynolds, Correctional Counselor 2

| Print Grievance Officer's Name | Grievance Officer's Signature |
|---|---|

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| **Chief Administrative Officer's Response** |
|---|

**Date Received:** 9-10          ☑ I concur     ☐ I do not concur     ☐ Remand

**Comments:**


Chief Administrative Officer's Signature          9-17 Date

| **Offender's Appeal To The Director** |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

| Offender's Signature | ID# | Date |
|---|---|---|

| **Grievance Officer's Report** |
| --- |

**Date Received:** June 13, 2013    **Date of Review:** September 9, 2013    **Grievance #** (optional): 9-2-19

**Offender:** Rose, Deon    RECEIVED    **ID#:** K61186

**Nature of Grievance:** Medical Treatment    SEP 1 0 2013

**SHERIDAN CORRECTIONAL CENTER
CLINICAL SERVICES**

**Facts Reviewed:** Grievant states on 6-13-13 he went on a writ to the University of Chicago Hospital to a follow up appointment to see the glaucoma specialist. He says he has been having serious problems since the surgery he had on April 15, 2013 and that this is due to not receiving the eye drops ordered by the specialist. Grievant claims the doctors at Sheridan took it upon themselves to discontinue a crucial steroid drop, against the direction of the specialist. Grievant says he is once again in pain. He says his eye is inflamed and irritated 24 hours a day and his vision worse with every visit to UIC. He claims more procedures must be done now and very likely a second surgery and none of this would be happening if proper eye drops would have been given to him in reasonable amounts of time dating back to 1-26-12. He says the specialist told him that if he continued to go without the prescribed eye drops he would likely go blind without surgery.

**Relief from Grievant:** Medical staff contact UIC and communicate verbally with the glaucoma specialist assigned to my medical condition so that I don't have to continue to suffer this unnecessary pain and discomfort and possible blindness. Thank you.

**Response from Grievance Officer:** Per Catalino Bautista, M.D., Medical Director, Sheridan Correctional Center

This is in response to the grievance letter by Rose, Deon K61186 dated 6/14/13.

Mr. Rose is complaining that refills of his glaucoma eye drops are not being accomplished in a timely manner.

Issuing of glaucoma eye drops has been resolved with Boswell pharmacy. Furthermore Mr. Rose is instructed to directly contact our DON, Joe Ssenfuma whenever his glaucoma medication refills are not available in a timely manner.

**Recommendation:** Based upon the above information, it is the recommendation of this Grievance Officer that the grievance be Moot.

C. Reynolds, Correctional Counselor 2
Print Grievance Officer's Name    Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| **Chief Administrative Officer's Response** |
| --- |

**Date Received:** 9-10    ☑ I concur    ☐ I do not concur    ☐ Remand

**Comments:**

Chief Administrative Officer's Signature    9-17
Date

| **Offender's Appeal To The Director** |
| --- |

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

Offender's Signature    ID#    Date

## Grievance Officer's Report

**Date Received:** July 2, 2013        **Date of Review:** August 23, 2013        **Grievance #** (optional): 8-3-17

**Offender:** Rose, Deon

**Nature of Grievance:** Medical Treatment

RECEIVED

AUG 26 2013

SHERIDAN CORRECTIONAL CENTER
CLINICAL SERVICES

**Facts Reviewed:** Grievant states his medical condition is treated in a disrespectful manner and is constanly overlooked. He states on June 15, 2013 he was sent to the Health Care Unit for a routine follow-up for glaucoma that he goes through everytime he gets back from the University of Chicago hospital. He says the doctor he saw on 6-15-13 was a fill-in for Dr. Bautista, who questioned him about what the doctor at UIC said and what medicines he prescribed for Grievant. Grievant says he advised this doctor to read the UIC notes and the doctor told him he could not read them. Grievant states he then advised this doctor to call the doctor at UIC, but the doctor told him there was no need to. Grievant then complained about a slight pain in his eye and said he had told the doctor at UIC about it, and the doctor at Sheridan said, "Oh, you're not going to die." Grievant further states, "I asked him if he could check my eyes somehow, do something? He, the Doctor here at the Sheridan Correction Center, stated in a very cheerfully sarcastic voice, 'Oh, what do you want me to do, die for you, Oh, I'm going to die for an inmate.'" Grievant claims he has been told by more than one individual on the Sheridan medical staff that "maybe we should just pluck your eyes out, that would solve the problem."

**Relief from Grievant:** Somebody check into this. I do not want to lose my sight because of someone not taking their job serious. Please do something to make sure that my medical condition is tracked closely, I am a model inmate, I attend groups, I work in the kitchen to support my self, I am Human Being. Thank you.

**Response from Grievance Officer :** Per Health Care Unit Administrator Nicolette S. Duffield:

After reviewing offender's Medical file it was found that proper procedures and assessments have been followed. Offender has been examined and rendered proper care for treatment of condition. Offender has been seen at UIC for said complaint had has follow up appoints scheduled this month ay UIC. Offender has follow up appointment with M.D. scheduled also.
Determination: No merit

**Recommendation:** Based upon the above information, it is the recommendation of this Grievance Officer that the grievance be Moot.

C. Reynolds, Correctional Counselor 2
Print Grievance Officer's Name

Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

**Date Received:** 8-7-16        ☒ I concur        ☐ I do not concur        ☐ Remand

**Comments:**

M Harvey L

Chief Administrative Officer's Signature

8-8-16
Date

## Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

Offender's Signature        ID#        Date

| Date: 7-12-13 | Offender: (Please Print) Deon L. Rose | ID#: 9K61186 |
|---|---|---|

| Present Facility: Sheridan Corr. Center | Facility where grievance issue occurred: Sheridan C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____
  Date of Report                                    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On 7-3-13, I went to the med-line window here at the Sheridan Correction Center to turn in the required "refill sticker" for a refill of Prednisolone AC 12 Eye Drop, the generic medicine for Pred forte. This is the same steroid eye drop that I wrote a grievance about on 6-14-13. The doctors here know how important it is for me to have continued use of this drop as well as any other eye drop that I take because of the ~~seizures~~ seriously painful discomfort, and the very frieghtning loss of vision that I have suffered due ~~this required~~ to the continued & repeated delay of me receiving these drops. Also, the Glaucoma specialist at the University of Chicago has left numerous notes in my medical file

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Deon Rose | 9K61186 | 7 /12 /2013 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

| | Counselor's Response (if applicable) | |
|---|---|---|

| Date Received: 7 /17 /13 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: Issue Reached, per Dr Montwill, made contact 7-17-13 @ 2:05pm, w/ issues stated. Dr. Montwill state he seen Im last week & all issues Addressed

| C Neale | C Neale | 7/17/13 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

| | EMERGENCY REVIEW | |
|---|---|---|

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| | | ____/____/____ |
|---|---|---|
| Chief Administrative Officer's Signature | | Date |

noting the vitality of the eye drops to me. Altho the doctors here at Sheridan did not take this refill order sticker from me, I went to the University of Chicago on July 2, 2013, where Dr. Patel - Excuse me if I mispelled his name- the Doctor at U.I.C., gave the order to continue all eye drops until further notice. Also on July 7, 2013, I turned in an eye drop called Dorzolamide 9C5 2 8 Eye Drops, generic for Trusopt, another extremely vital eye drop that is prescribed to me to maintain control of my medical condition, Glaucoma. I am experiencing the same disregaurd that forced me to write prior grievances on this medical staff. I recieved the Dorzolamide on 6-7-13. I recieved the Prednisolone on 6-18-13, and at that time I was told to use it, one drop in my right eye 4 times a day. As of 7-12-13 10:36 a.m., I have not received these eye drops.

    Reliefe Requested — The proper authorized personell look into this matter. Please honer my request in prior grievances by getting me these eye drops in a respectable amount of time. The medical professional that makes the refill order checks the bottle to see how empty they are. To be treated like a living human being. Dont let me go blind! My eyes hurt as I write this.

                        Thank You
                        Deon Rose
                        Deon Rose
                        July 12, 2013

## Grievance Officer's Report

**Date Received:** September 11, 2013          **Date of Review:** December 10, 2013          **Grievance #** (optional): 12-1-6

**Offender:** Rose, Deon          **ID#:** K61186

**Nature of Grievance:** Staff Conduct

**Facts Reviewed:** Grievant states that on 8/20/13 John Zidek demanded a ticket be written on Grievant for wearing sunglasses that he has been cleared to wear by the medical staff at Sheridan since he recently had surgery at the University of Chicago. He says John Zidek made remarks about Grievant being Stevie Wonder or Ray Charles and when he was informed of Grievant's eye surgery, didn't apologize.

**Relief from Grievant:** This matter be taken seriously. This individual undergo some type of treatment that teaches him to practice what he tries to preach. Refer to me as Deon Rose and not Stevie Wonder nor Ray Charles.

**Response from Grievance Officer:** Per Nicolette S. Duffield, Health Care Unit Administrator

After reviewing offender's Medical file it was found that offender does have a prescription at that time for sun resistant glasses. Health care does not have discretion over tickets written on offenders.

**Per Grievance Officer:** Let it be noted that this grievance was already heard and addressed as far as the Staff Conduct issue. Grievance # 10-1-20.

**Recommendation:** Based upon the above information, it is the recommendation of this Grievance Officer that the grievance be Moot.

C. Reynolds, Correctional Counselor 2                                    *C. Reynolds*
Print Grievance Officer's Name                                    Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable.)**

## Chief Administrative Officer's Response

**Date Received:** 12-11          ☑ I concur          ☐ I do not concur          ☐ Remand

**Comments:**

*M Hardey*
Chief Administrative Officer's Signature                                    12-11
                                                                                                      Date

## Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____          _____          _____
Offender's Signature                              ID#                              Date

**Date:** 8-21-13  **Offender:** (Please Print) Dean L. Rose  **ID#:** K61186

**Present Facility:** Sheridan C.C.  **Facility where grievance issue occurred:** Sheridan C.C.

### NATURE OF GRIEVANCE

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: _____ Date of Report _____

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] HIPAA

- [ ] Disability
- [ ] Other (specify)

RECEIVED OCT 1 8 2013 [stamp]

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On 8-20-13 at aproximatly 7:40am the assistant director or West-care, John Zyke, walked onto B-Hall in G-26, where I was attending A.M. development, and demanded that several tickets be written. One of those tickets was to be wrote on me for wearing sun glasses that I have been cleared to wear by the medical staff here at Sheridan since I recently had surgery at the University of Chicago on 8-8-13. He did not check

**Relief Requested:** _____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Dean L. Rose  **Offender's Signature**  K61186 **ID#**  8,21,2013 **Date**

*(Continue on reverse side if necessary)*

### Counselor's Response (if applicable)

**Date Received:** 9, 9, 13

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** forwarded to the ___ for handeling

CMarc  **Print Counselor's Name**  CMarocci **Counselor's Signature**  9,11,13 **Date of Response**

### EMERGENCY REVIEW

**Date Received:** ___/___/___

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____ **Chief Administrative Officer's Signature**  ___/___/___ **Date**

With me nor any C/o in building C-26 to inquire as to why I would be wearing glasses that are clearly surgical glass, as they do not sell them on comissary and they do not give them out in this facility. Instead Assistant Director of Westcare, Mr. John Zdek made a very bad assumption and made the very humiliating comment, "Who the fuck does he think he is? Stevie Wonder or Ray Charles? Write him a ticket." He was informed by the expiditor on duty that I had recently had eye surgery and he simply stated, OK. No apology for this very racial statement, not apology for using a very derogatory exampy to compare or describe on of his struggling clients in front of his piers. I struggle in my ability to stay focused in my treatment (re-entry/recovery) because I go thru this degradation daily by staff and inmates. It is hard to stay humble when the teachers who constantly preach integrity show no integrity of their own. Calling me Stevie Wonder or Ray Charles is no way the set an example for anyone or we get LE's when we demonstrate this type of behavior. If we say something as racial or disrespectful as that to staff the consequences are worse. It is extremely hard to respect someone that does not respect me.

Relief Requested - This matter be taken seriously. This individual undergo some type of treatment that teaches him to practice what he tries to preach. Refer to me as Deon Rose and not Stevie Wonder nor Ray Charles

| Grievance Officer's Report |
|---|

**Date Received:** September 11, 2013      **Date of Review:** December 10, 2013      **Grievance #** (optional): 12-1-6

**Offender:** Rose, Deon

**ID#:** K61186

**Nature of Grievance:** Staff Conduct

**Facts Reviewed:** Grievant states that on 8/20/13 John Zidek demanded a ticket be written on Grievant for wearing sunglasses that he has been cleared to wear by the medical staff at Sheridan since he recently had surgery at the University of Chicago. He says John Zidek made remarks about Grievant being Stevie Wonder or Ray Charles and when he was informed of Grievant's eye surgery, didn't apologize.

**Relief from Grievant:** This matter be taken seriously. This individual undergo some type of treatment that teaches him to practice what he tries to preach. Refer to me as Deon Rose and not Stevie Wonder nor Ray Charles.

**Response from Grievance Officer:** Per Nicolette S. Duffield, Health Care Unit Administrator

After reviewing offender's Medical file it was found that offender does have a prescription at that time for sun resistant glasses. Health care does not have discretion over tickets written on offenders.

**Per Grievance Officer:** Let it be noted that this grievance was already heard and addressed as far as the Staff Conduct issue. Grievance # 10-1-20.

**Recommendation:** Based upon the above information, it is the recommendation of this Grievance Officer that the grievance be Moot.

C. Reynolds, Correctional Counselor 2

_____
Print Grievance Officer's Name

_____
Grievance Officer's Signature

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 12-11        ☒ I concur      ☐ I do not concur      ☐ Remand

**Comments:**

_____
Chief Administrative Officer's Signature

12-11
Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____
Offender's Signature

_____
ID#

_____
Date

| Date: 8-21-13 | Offender: (Please Print) Dean L. Rose | ID#: 9K6118... |
|---|---|---|

| Present Facility: Sheridan C.C. | Facility where grievance issue occurred: Sheridan C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ___ / ___ / ___
  Date of Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Other (specify):
- [ ] Disability
- [ ] HIPAA

**RECEIVED** OCT 1 8 2013 Clinical Services

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
 Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
 Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
 Chief Administrative Officer, only if EMERGENCY grievance.
 Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On 8-20-13 at aproximatly 7:40am the assistant Director or Westcare, John Zyke walked onto B-Hall in G-26, where I was attending a.m. development, and demanded that several tickets be written. One of those tickets was to be wrote on me for wearing sun glasses that I have been cleared to wear by the medical staff here at Sheridan since I recently had surgery at the University of Chicago on 8-8-13. He did not check

Relief Requested:

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Dean L. Rose | 9K6118 | 8, 21, 2013 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

| Date Received: 9, 9, 13 | **Counselor's Response** (if applicable) |
|---|---|

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: forwarded to the Den for handeling

| CARo | CARose | 9, 11, 13 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

## EMERGENCY REVIEW

Date Received: ___ / ___ / ___

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____
Chief Administrative Officer's Signature

___ / ___ / ___
Date

Distribution: Master File; Offender

with me nor any C/O in building C-26 to inquire as to why I would be wearing glasses that are clearly surgical glass, as they do not sell them on commissary and they do not give them out in this facility. Instead Assistant Director of Westcare Mr. John Zydek made a very bad assumption and made the very humiliating comment "Who the fuck does he think he is? Stevie Wonder or Ray Charles? Write him a ticket." He was informed by the expiditor on duty that I had recently had eye surgery and he simply stated, "Ok." No apology for this very racial statement, not apology for using a very derogatory example to compare or describe on of his struggling clients in front of his piers. I struggle in my ability to stay focused in my treatment (re-entry/recovery) because I go thru this degradation daily by staff and inmates. It is hard to stay humble when the teachers who constantly preach integrity show no integrity of their own. Calling me Stevie Wonder or Ray Charles is no way to set an example for anyone. We get SIR's when we demonstrate this type of behavior. If we say something as racial or disrespectful as that to staff the consequences are worse. It is extremely hard to respect someone that does not respect me.

Relief Requested — This matter be taken seriously. This individual undergo some type of treatment that teaches him to practice what he tries to preach. Refer to me as Dean Rose and not Stevie Wonder nor Ray Charles.

| Grievance Officer's Report |
|---|

**Date Received:** September 13, 2013     **Date of Review:** December 10, 2013     **Grievance #** (optional): 12-1-5

**Offender:** Rose, Deon        **ID#:** K61186

**Nature of Grievance:** Medical Treatment

**Facts Reviewed:** Grievant states he is still not receiving his eye drops prescribed to him for Glaucoma. He claims he does not receive the drops on time. He says he is constantly going weeks without medication and has been since coming to this institution.

**Relief from Grievant:** A responsible person, anyone not connected with this medical staff or this institution, any authorized person, hold all personnel in any way connected with this medical staff, please hold them responsible for this blatant carelessness. I have been told that I file too many grievances but still nothing at all is being done. Only lies saying that these issues are being taken care of.

Response from Grievance Officer: Per Catalino Bautista, M.D., Medical Director, Sheridan Correctional Center:

This is in response to the grievance letter by Rose, Deon K61186 dated 9/10/13.

Mr. Rose is complaining that refills of his glaucoma eye drops are not being accomplished in a timely manner.

Review of the medical file show that prescriptions for refills are made by medical providers in a timely manner. To make sure that Mr. Rose's monthly refills are ordered and given to him in a timely manner, a designated nurse will physically check his medication supply once a week and this nurse will contact the pharmacy for refills as necessary.

**Recommendation:** Based upon the above information, it is the recommendation of this Grievance Officer that the grievance be Moot.

C. Reynolds, Correctional Counselor 2
Print Grievance Officer's Name        Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 12-11    ☑ I concur    ☐ I do not concur    ☐ Remand

**Comments:**

Chief Administrative Officer's Signature        Date 12-11

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Offender's Signature        ID#        Date

# OFFENDER'S GRIEVANCE

B106

| Date: 9-10-13 | Offender: (Please Print) Deon L. Rose | ID#: K61186 |
|---|---|---|

| Present Facility: Sheridan Corr. Ce. | Facility where grievance/issue occurred: Sheridan C.C. |
|---|---|

## NATURE OF GRIEVANCE

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report: _____ Date of Report
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☑ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify):

RECEIVED OCT 18 2013

Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I am still not recieving eye drops that have been prescribed to me to treat Glaucoma. I went to the P.M. medline window on 8-24-13 to turn in the sticker on the box of Timilol for a refill. I did not recieve a refill of this medication until 9-6-13. I went to the P.M. medline window on 9-1-13 for a refill of Latanoprost, and as of 9-10-13 9:30 P.M., I still have not recieved this medication. On 9-6-13 I went to the P.M.

**Relief Requested:** medline window for a refill of ~~Latanopro~~ Dorzolamide, and as of 9:30 p.m. 9-10-13 I have not recieved this medication. I notice

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Deon L. Rose | K61186 | 9-10-13 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

## Counselor's Response (if applicable)

| Date Received: 9, 13, 13 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: forwarded to HCUA for handeling

| C. Neale | C. Neale cct 9, 13, 13 |
|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

## EMERGENCY REVIEW

| Date Received: / / | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance <br> ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| | |
|---|---|
| Chief Administrative Officer's Signature | Date |

that when I do recieve these drops, most of the time the date that I am supposed to take the meds over for refill is the very same date that they give me the drops. This makes it look like I recieved the drops on time but I don't. Being out of any drop at any time for atleast 2 weeks is an on going nightmare with this medical staff. Altho the doctors at the University of Chicago hospital Constantly urges this medical staff this to supply me with medication to prevent pain and blindness the don't. And altho the Chief Administrator of Health Care M. Duffield says that these matters have been taken Care of, I am Constantly going weeks without medication as I have been since Coming to this institution.

Relief Requested- A responsible person, anyone not conected with this medical staff of this institution, any authorised person, hold all personell in any way conected with this medical staff, please hold them responsible for this blatant Carelessness. I have been told that I file too many grievances but still nothing at all is being done. Only lies saying that these issues are being taken Core of.



**Illinois**
Department of
**Corrections**

**PAT QUINN**
Governor

**S.A. GODINEZ**
Director

**1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844**

Offender Name: _Rose, Deon_    Date: _4/30/14_

Register # _K61186_

Facility: _Sheridan CC_

This is in response to your grievance received on _9/26/13_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _5/28/13_ Grievance Number: _9-2-19_ Griev Loc: _Sheridan CC_

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary _____
- ○ Personal Property _____
- ○ Mailroom/Publications _____
- ○ Assignment (job, cell) _____

- ○ Commissary _____
- ○ Trust Fund _____
- ○ Conditions (cell conditions, cleaning supplies)
- ○ Disciplinary Report dated _____
  Incident #_____
- ⊘ Other _Medical - eye drop refills_

**Based on a review of all available information, this office has determined your grievance to be:**

- ○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

- ○ Denied, in accordance with DR504F, this is an administrative decision.

- ○ Denied, this office finds the issue was appropriately addressed by the facility Administration.

- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

- ○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

- ○ In addition, property items are to be disposed of in accordance with DR501C.

- ○ Denied as the facility is following the procedures outlined in DR525.

- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

- ○ Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.

- ⊘ Other: _Considered resolved as issue with eye drops have_ _been addressed with pharmacy and Offender has been instructed_ _to contact DON when refills are not timely_

FOR THE BOARD: _Debbie Knauer_    CONCURRED: _S.A. Godinez_ TA 5/7/14
Debbie Knauer
*Administrative Review Board
S.A. Godinez
Director

CC: Warden, _Sheridan_ Correctional Center
_Rose, Deon_, Register No. _K61186_



**Illinois
Department of
Corrections**

**PAT QUINN**
Governor

**S.A. GODINEZ**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

Offender Name: _Rose, Deon_   Date: _5/2/14_

Register # _K61186_

Facility: _Sheridan CC_

This is in response to your grievance received on _9/26/13_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** _6/14/13_ **Grievance Number:** _9-2-18_ **Griev Loc:** _Sheridan CC_

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary _____
- ○ Personal Property _____
- ○ Mailroom/Publications _____
- ○ Assignment (job, cell) _____

- ○ Commissary _____
- ○ Trust Fund _____
- ○ Conditions (cell conditions, cleaning supplies)
- ○ Disciplinary Report dated _____
  Incident # _____
- ⊘ Other _Medical - eye drops, follow-up appts @ UIC_

**Based on a review of all available information, this office has determined your grievance to be:**

- ○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.
- ○ Denied, in accordance with DR504F, this is an administrative decision.
- ○ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- ○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.
- ○ In addition, property items are to be disposed of in accordance with DR501C.

- ○ Denied as the facility is following the procedures outlined in DR525.
- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.
- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.
- ○ Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.

⊘ Other: _Issues regarding Offenders eye drops was addressed in grievance #2-19._

FOR THE BOARD: _Debbie Knauer_   CONCURRED: _[signature]_

Debbie Knauer
· Administrative Review Board

S.A. Godinez
Director   _TK 5/7/14_

CC:   Warden, _Sheridan_ Correctional Center
_Rose, Deon_, Register No. _K61186_



**Illinois**
Department of
**Corrections**

**PAT QUINN**
Governor

**S.A. GODINEZ**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

Offender Name: _Rose, Deon_      Date: _5/13/14_

Register # _K61186_

Facility: _Sheridan CC_

This is in response to your grievance received on _10/21/13_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** _8/21/13_ **Grievance Number:** _10-1-20_ **Griev Loc:** _Sheridan CC_

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

○ Personal Property _____

○ Mailroom/Publications _____

○ Assignment (job, cell) _____

○ Commissary _____

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____
    Incident # _____

◐ Other _Staff - Mr. Zidek_

**Based on a review of all available information, this office has determined your grievance to be:**

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

○ Denied, in accordance with DR504F, this is an administrative decision.

○ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ In addition, property items are to be disposed of in accordance with DR501C.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

○ Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.

◐ Other: _Considered resolved as Mr. Zidek was instructed to maintain a professional demeanor per Westcare Director Brooks._

FOR THE BOARD: _Debbie Knauer_      CONCURRED: _S A Godinez_
        Debbie Knauer                                  S.A. Godinez
    Administrative Review Board                                 Director    5/20/14

CC:   Warden, _Sheridan_ _____ Correctional Center
           _Rose, Deon_ _____, Register No. _K61186_

 **Illinois**
Department of
**Corrections**

**PAT QUINN**
Governor

**S.A. GODINEZ**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

Offender Name: *Rose, Deon*                    Date: *5/13/14*

Register # *K61186*

Facility: *Sheridan CC.*

This is in response to your grievance received on *10/28/13*. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: *7/19/13*   Grievance Number: *9-4-16*   Griev Loc: *Sheridan CC*

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

○ Personal Property _____

○ Mailroom/Publications _____

○ Assignment (job, cell) _____

○ Commissary _____

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____
   Incident # _____

Ⓧ Other *Medical - eye drops refill delayed causing eye pain*

**Based on a review of all available information, this office has determined your grievance to be:**

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

○ Denied, in accordance with DR504F, this is an administrative decision.

Ⓧ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ In addition, property items are to be disposed of in accordance with DR501C.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

○ Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.

Ⓧ Other: *This office is unable to substantiate Offender's claims regarding medical treatment. It appears the Offender was assessed and provided medical treatment deemed necessary by the facility medical staff.*

FOR THE BOARD: *Debbie Knauer*          CONCURRED: *S.A. Godinez*
            Debbie Knauer                              S.A. Godinez
            Administrative Review Board                    Director
                                                    *TA 5/20/14*

CC:  Warden, *Sheridan* Correctional Center
     *Rose, Deon*, Register No. *K61186*

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** _ROSE_ _DEON_ _L._ _K61186_
Last Name        First Name        MI        ID#

**Facility:** _SHERIDAN_

☒ Grievance: Facility Grievance # (if applicable) _①5/28/13 ②6/14/13 ③6/18/13 ④7/12/13 ⑦①Dated: 7/15/13 ⑥7/19/13 ⑥7/19/13_ or ☐ Correspondence: Dated: _____

**Received:** _8/9/13_ Regarding: _MEDICAL TREATMENT - EYES_
Date

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☒ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL 62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL 62706

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____.
Date

☐ No justification provided for additional consideration.

---

**Other** (specify): _____

_____

Completed by: _____ T. S. Keen _____          _T. S. Keen_          _9/12/13_
Print Name                    Signature              Date

Distribution: Offender                    *Printed on Recycled Paper*                    DOC 0070 (Rev.4/2013)
Inmate Issues

# EXHIBIT
# B

**Offender Disciplinary Report**

Date: 2-12-14

| Type of Report: | |
|---|---|
| ☑ Disciplinary | ☐ Investigative |

Sheridan C.C.
Facility

Offender Name: Rose, Deon.    ID #: K61186

Observation Date: 2-12-14  Approximate Time: 835 ☑ a.m. ☐ p.m.  Location: HCU waiting Room

Offense(s): DR 504: Refuse Direct Order - 403 Insolence - 304

Observation: (NOTE: Each offense identified above must be substantiated.) On the above date and approximate time I/m Rose approached the window and state he wanted to do his eye drops and leave. This R/o Gave Rose a direct order to return to his seat and wait to be called for his pass to be called. Rose then demand he just wanted his drops then wanted to leave. Rose Refused to sit down and began to Yell, I just need to do my eye drops. Rose was loud and disrupted the waiting room. Rose was given a total of four Direct Orders. Witness(es): Major Worth was called and addressed the issue.

☐ Check if Offender Disciplinary Continuation Page, DOC 0316, is attached to describe additional facts, observations or witnesses.

| J. Testa | 13208 | *(signature)* | 2-12-14 | 930 | ☑ a.m. ☐ p.m. |
|---|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |

---

**Disciplinary Action:**

Shift Review: ☐ Temporary Confinement   ☐ Investigative Status   Reasons: _____

Printed Name and Badge #    Shift Supervisor's Signature    Date
(For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer   Comment: _____

☐ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ Minor Infraction, submitted to Program Unit

| Mary Easton ay | *(signature)* | 2-12-14 |
|---|---|---|
| Print Reviewing Officer's Name and Badge # | Reviewing Officer's Signature | Date |

☑ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only)

| Dr. A.Y. 131100 | *(signature)* | 7-15-14 |
|---|---|---|
| Print Hearing Investigator's Name and Badge # | Hearing Investigator's Signature | Date |

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☑ Check if offender refused to sign

| Hochstatter | Offender's Signature | 9736 | ID# |
|---|---|---|---|
| Serving Employee (Print Name) | | Badge # | Signature |

| 2-13-14 | 4:55 | ☐ a.m. ☐ p.m. |
|---|---|---|
| Date Served | Time Served | |

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender's Signature    ID#

---

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

Date of Disciplinary Report    Print offender's name    ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
| | | | |

Witness can testify to: _____

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
| | | | |

Witness can testify to: _____

# RESPONSE TO OFFENDER'S GRIEVANCE

*I/m*

## Grievance Officer's Report

**Date Received:** February 5, 2014     **Date of Review:** March 26, 2014     **Grievance #** (optional): 3-4-9

**Offender:** Rose, Deon            **ID#:** K61186

**Nature of Grievance:** MEDICAL TREATMENT

**Facts Reviewed:** GRIEVANT STATES: I AM NOT RECEIVING ALL MY MEDS IN A TIMELY MANNER ON 1-27-14 MY MEDS WERE GIVEN TO ME ABOUT 4 HOURS LATE.

**Relief from Grievant:** THAT NICOLLETTE DUFFIELD BE HELD TO THE FULLEST EXTENT OF THE CIVIL LAW POSSIBLE.

RESPONSE FROM GRIEVANCE OFFI CER:

From: NicoletteS.Duffield       Health Care Unit Administrator

Subject: Offender Grievance (Rose, Deon K61186)

Complaint: Proper medical care     Written 1-8-14 , 1-28-14, 1-29-14and 2-5-14    Received 2/19/14

Response: Offenders medical chart has been reviewed offender proper procedures and protocols have been followed by HCU. Reviewing records the medications have been noted as given timely interviewing staff indicated that meds have been given as prescribed. At his request offender has been placed on the 8.A. call pass line to be given opportunity to self-administer medication with supervision without interruption.

Recommendation: Moot.

**Recommendation:** Based upon the above information, it is the recommendation of this Grievance Officer that the grievance be DENIED

_3·26·14_

| | |
|---|---|
| J. D. Kowalski Correctional Counselor 2 | |
| Print Grievance Officer's Name | Grievance Officer's Signature |

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

## Chief Administrative Officer's Response

**Date Received:** 3/27/14     ☑ I concur     ☐ I do not concur     ☐ Remand

**Comments:**

| | |
|---|---|
| Chief Administrative Officer's Signature | 3/27/14 |
| | Date |

## Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

| | | |
|---|---|---|
| Offender's Signature | ID# | Date |

| Date: 1-28-14 | Offender: (Please Print) Deon L. Rose | ID#: K61186 |
|---|---|---|

| Present Facility: Sheridan | Facility where grievance issue occurred: Sheridan |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify)

RECEIVED FEB 05 2014

SHERIDAN CORRECTIONAL CENTER
CLINICAL SERVICES
Facility where issued

- [ ] Disciplinary Report: ____ / ____ / ____
  Date of Report

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I am compelled to write this grievance due to the seriousness of a continuous matter that I am forced to suffer under, at the hands of the Sheridan Health Care Staff. On 1-27-14, I was not allowed to go to health care with the rest of the med-line to take my glaucoma eye drops. This med-line went out at about 9:00 a.m., altho this was an hour later than I am called to med-treatment Monday thru Sunday, and altho I was not under any disciplinary sanctions, I was not allowed to go take these very important eye drops until 12:45 p.m. Eventho chow lines as well as other passes were allowed to move, I had to wait 17 hours to take multiple medications that

**Relief Requested:**

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Deon L. Rose | K61186 | 1/28/2014 |
|---|---|---|
| Offender's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

---

**Counselor's Response (if applicable)**

Date Received: 2/3/14

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: forwarded to the hce admin for handeling

| C Nagle | C Nagle | 2/3/14 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: ____ / ____ / ____

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____   ____ / ____ / ____
Chief Administrative Officer's Signature          Date

must be taken every 12 hours to function correctly. Since then, my eyes have been extreemly irratated. My vision is more blurry than usual, my eyes hurt, I have been taken Ibuprofen for the pain. This is because since taking my eyedrops at 12:45 p.m. on 1-27-14, I have not been allowed to take any of the 5 different eye drops that are prescribed to me until 7:00 p.m. on 1-28-14, 31 hours later. Altho I am very furious and very frustrated, I conduct myself as a gentleman, as a human being, not like the animal I am being treated as. When I asked members of this medical staff, why I was not given any eyedrops, over the periods earlier mentioned in this grievance, I was told by Nurse, Cathy replied because you were on lockdown, meaning the institution. I replied, other individuals got there meds, I have to take these meds twise a day, no matter what, she gave me no response nor any other acknowledgement. I don't think the treatment here is humane, is the thought and beliefe that I walked away with. It certainly is not fair, and that is the truth.

Relief Requested: Nicollette S. Duffield, the Administrator of health Care, the D.O.N. Joe S. Nurse Cathy, and any other authorized health care physician with Knowledge of my eyedrops being held in the health care unit, and with Knowledge that I have been going to healt care for these eye drops, since they were confiscated from me on 12-31-13, be held to the fullest extent of Civil law possible. This is unexceptable. Has been for far too long.

Deon L. Rose K61186
Deon L. Rose
1-28-14

| Grievance Officer's Report |
|---|

**Date Received:** February 5, 2014          **Date of Review:** March 26, 2014          **Grievance #** (optional): 3-4-10

**Offender:** Rose, Deon                                                                    **ID#:** K61186

**Nature of Grievance:** MEDICAL TREATMENT

**Facts Reviewed:** GRIEVANT STATES: I HAD A VERBAL CONFRONTATION WITH NURSE TORRES, WHILE I WAS GETTING MY EYE DROPS.

Relief from Grievant: THAT I HAVE NO FURTHER CONTACT WITH NURSE TORRES

RESPONSE FROM GRIEVANCE OFFICER:

From: NicoletteS.Duffield          Health Care Unit Administrator

Subject: Offender Grievance (Rose, Deon K61186)

Complaint: Proper medical care          Written 1-8-14 , 1-28-14, 1-29-14and 2-5-14   Received 2/19/14

Response: Offenders medical chart has been reviewed offender proper procedures and protocols have been followed by HCU. Reviewing records the medications have been noted as given timely interviewing staff indicated that meds have been given as prescribed. At his request offender has been placed on the 8.A. call pass line to be given opportunity to self-administer medication with supervision without interruption.

Recommendation: Moot.

**Recommendation:** Based upon the above information, it is the recommendation of this Grievance Officer that the grievance be DENIED

J. D. Kowalski Correctional Counselor 2                                    3-26-14
Print Grievance Officer's Name                          Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 3/27/14          ☑ I concur          ☐ I do not concur          ☐ Remand

**Comments:**

Chief Administrative Officer's Signature                                    3/27/14
                                                                            Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____          _____          _____
Offender's Signature                          ID#                          Date



**Date:** 1-29-14   **Offender:** (Please Print) Deon L. Rose   **ID#:** K61186

**Present Facility:** Sheridan   **Facility where grievance issue occurred:** Sheridan

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ____/____/____
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability
- [ ] Other (specify): _____

*Date of Report*

*RECEIVED FEB 0 5 2014*
*SHERIDAN CORRECTIONAL CENTER*
*CLINICAL SERVICES*

*Facility where issued*

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On 1-29-14 at about 8:05 p.m. as I was in the health care unit, I was administering my glaucoma eye drops. While doing so, as I looked into a box, I noticed that one of the bottles was missing from the box. It was the eyedrop Prednisolone. I immediately alerted nurse Torres of this matter. Nurse Torres responded very vehemently, "I am busy trying to take care of other things, I am in an emergency. Can't you see that. Why are you bothering me with this. This is not important." I then as nurse Torres her name, as I did not know her name ~~Relief Requested~~ to be Torres at that time. Nurse Torres then in an even more malicious tone stated, "you don't threaten me, I'll write you a ticket for threatening me with a

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

**Offender's Signature:** Deon L. Rose   **ID#:** K61186   **Date:** 1/29/2014

*(Continue on reverse side if necessary)*

---

**Counselor's Response (if applicable)**

**Date Received:** 2/3/14   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** forwarded to the admin for handeling

**Print Counselor's Name:** C Moore   **Counselor's Signature:** C Moore CC# 2-3-14   **Date of Response:**

---

**EMERGENCY REVIEW**

**Date Received:** ____/____/____

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

**Chief Administrative Officer's Signature:** _____   **Date:** ____/____/____

grievance? Frustrated, I tried tis explain to her in front of both CNA's who were present, as well as C/O Winner who was present, I stated, I was not trying to get your name to write a grievance, I was trying to get your name in case any discrepancies came about. Nurse Torres stated, No, No, you get out of here, I'm writing you a ticket for threatening me. I have been here 10 years, I know when I'm being threatened. C/O Winner ordered me to go back into the waiting room and I promptly complied. About 5 minutes later C/O Winner called me and stated, Rose, don't worry about it, she's just riled because of the emergency that's goin on, it's nothing you did. Moments later, I was called back into the nurses station by C/O Winner to talk to nurse Torres again. She asked me about the bottle. Did I need the drop now. Was the whole box missing or just the bottle. After it was understood that it was only the bottle, nurse Torres stated, you don't even need the medicine right now, this is not important. I told her those eye drops are very important to me, but get back to your job I have nothing to do with that. The nurse Torres stated you don't tell me how to do my job you inmate. I then walked away as C/O Winner ordered me to. As I did so, I then for the first time notified C/O Winner that now I will write a grievance on this matter. Both CNA's on duty during this incident were present and witnessed this incident.

Relief Requested: That I have no further contact with nurse Torres. All parties present give an account of this incident as well as inmate Johnson M34334 who also witnessed this incident. Nurse Torres be demanded to take ethis classes before she is allowed to have anymore contact with any patien under D.O.C. authority. This matter be taken very seriously. The proper personell look into how many tickets this nurse is responsible for and the reasons she wrote them. This authority be taken from her.

Deon L. Rose K61186
Deon L. Rose
1-29-14

### Grievance Officer's Report

**Date Received:** February 14, 2014      **Date of Review:** March 26, 2014      **Grievance #** (optional): 3-4-11

**Offender:** Rose, Deon      **ID#:** K61186

**Nature of Grievance:** MEDICAL TREATMENT

**Facts Reviewed:** GRIEVANT STATES: I WAS CALLED TO GET MY EYE DROPS ALMOST 5 HOURS LATE ON 1-27-14

Relief from Grievant: "TO BE ANNOUNCED WHEN THE CIVIL SUIT IS FILED"

RESPONSE FROM GRIEVANCE OFFICER:

From: NicoletteS.Duffield      Health Care Unit Administrator

Subject: Offender Grievance (Rose, Deon K61186)

Complaint: Proper medical care      Written 1-8-14 , 1-28-14, 1-29-14and 2-5-14   Received 2/19/14

Response: Offenders medical chart has been reviewed offender proper procedures and protocols have been followed by HCU. Reviewing records the medications have been noted as given timely interviewing staff indicated that meds have been given as prescribed. At his request offender has been placed on the 8.A. call pass line to be given opportunity to self-administer medication with supervision without interruption.

Recommendation: Moot.

**Recommendation:** Based upon the above information, it is the recommendation of this Grievance Officer that the grievance be DENIED

J. D. Kowalski Correctional Counselor 2                    *3-26-14*
_____                    _____
Print Grievance Officer's Name                              Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

### Chief Administrative Officer's Response

**Date Received:** 3/27/14      ☑ I concur      ☐ I do not concur      ☐ Remand

**Comments:**

_____                              3/27/14
Chief Administrative Officer's Signature                              Date

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____      _____      _____
Offender's Signature                    ID#                    Date

| Date: 2-5-14 | Offender: (Please Print) Deon L. Rose | ID#: K61186 |
|---|---|---|

| Present Facility: Sheridan | Facility where grievance issue occurred: Sheridan |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [✓] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____
  Date of Report        Facility where issued

**RECEIVED**
**FEB 14 2014**
**SHERIDAN CORRECTIONAL CENTER**
**CLINICAL SERVICES**

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Because this health care staff continues to put my medical condition in jeopardy of further declining, I am compelled to file this grievance. On 1-27-14, I was not called to health care to take the glaucoma eye drops that are prescribed to me until 12:45 p.m. This was 17 hours after I had previously take them the night before. On 2-1-14, I was not called to go thru the afore mentioned routine until about 2:00 p.m. This was roughly 18 hours after I had taken them the previous night before. Today, on 1-5-14, I was not called for the twice mentioned routine until about 12:15 p.m.; roughly 17 hours after I had previously administered these eye drops. I was told on

**Relief Requested:**

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Deon L. Rose | K61186 | 2, 5, 2014 |
|---|---|---|
| Offender's Signature | ID# | Date |

**(Continue on reverse side if necessary)**

---

### Counselor's Response (if applicable)

Date Received: 2, 13, 14

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: forwarded to HCU Admin for handling

| C Moore | C MacLocar | 2, 13, 14 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

### EMERGENCY REVIEW

Date Received: ____/____/____

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | ____/____/____ Date |
|---|---|

2-1-14, by nurse Sue that the reason I was not called earlier to health care, before 2:00 p.m., as I usually am called to take these meds at 8:00 a.m., was because they came to the units to pass out meds, they being the nurses. Although I was working in the dietary when meds were brought to the units by the nurses, I observed several inmates that work in the dietary with me, be called to health care hours earlier, about 10:00 a.m. on 2-1-14 to take medication. On this day 2-5-14, I also observed inmates being called to health care as well as returning from health care, both to be given medication. When I asked why I was called to health care for medication so late, nurse Debbie stated that "it was a security reason". I advised her that I should not be taking glaucoma medication 18 hours between drops, nor should I be taking them the way the health care unit has me taking them on their schedule. I told her I was worried about my eyes. I was told by nurse Debbie "I am a glaucoma nurse, I know about this medicine". I responded, "well you know then that I should take these every 12 hours". Nurse Debbie then advised me to file a grievance. This grievance. I asked nurse Debbie could I talk to the doctor, she advised me that I could not talk to the M.D., I had to put a request in to the eye doctor. Moments later the M.D. walked in. I tried to let him know that I don't think is right the way me medicine is being issued to me. I tried to let him know that my right eye has been bothering me. I tried to let him know that I was scheduled by my doctor at U.I.C. for a visit on 12-2-13 to return in a month and I had not been. He looked at me, said "I" and before he could respond nurse Debbie answered advising me about calling a doctor or if being in a hospital I would not be able to just ask a doctor a question. I responded if he or she was standing right in front of me I could. The doctor gave me no further acknowledgement. I stood in the same room with him for about 5 more minutes as I finished my drops in silence. My eyes hurt and I can't go to a scheduled appointment.

Deon L. Rose 9561186

Deon L. Rose

2-5-14

**Relief Requested:** To be announced when civil suite is filed.

DOC 0046 (Rev. 3/2005)

Distribution: Master File; Offender

Printed on Recycled Paper

# RESPONSE TO OFFENDER'S GRIEVANCE

*I/m*

## Grievance Officer's Report

**Date Received:** February 26, 2014      **Date of Review:** March 26, 2014      **Grievance #** (optional): 3-4-8

**Offender:** Rose, Deon      **ID#:** K61186

**Nature of Grievance:** MEDICAL TREATMENT

**Facts Reviewed:** GRIEVANT STATES: I AM NOT RECEIVING ALL MY MEDS IN A TIMELY MANNER ON 2-19-14 MY MEDS WERE GIVEN TO ME ABOUT 4 HOURS LATE.

Relief from Grievant: NO MORE RETALIATION AGAINST ME.

RESPONSE FROM GRIEVANCE OFFI CER:

From:  NicoletteS.Duffield      Health Care Unit Administrator

Subject: Offender Grievance (Rose, Deon K61186)

Complaint:  Proper medical care      Written 1-8-14 , 1-28-14, 1-29-14and 2-5-14   Received 2/19/14

Response: Offenders medical chart has been reviewed offender proper procedures and protocols have been followed by HCU.  Reviewing records the medications have been noted as given timely interviewing staff indicated that meds have been given as prescribed.  At his request offender has been placed on the 8.A. call pass line to be given opportunity to self-administer medication with supervision without interruption.

Recommendation: Moot.

**Recommendation:** Based upon the above information, it is the recommendation of this Grievance Officer that the grievance be MOOT

_J. D. Kowalski Correctional Counselor 2_                  3-26-14
Print Grievance Officer's Name                  Grievance Officer's Signature

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

## Chief Administrative Officer's Response

**Date Received:** 3/27/14      ☑ I concur      ☐ I do not concur      ☐ Remand

**Comments:**

Chief Administrative Officer's Signature                  3/27/14
Date

## Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Offender's Signature                  ID#                  Date

Printed on Recycled Paper

| Date: 2-22-14 | Offender: (Please Print) Deon L. Rose | ID#: K61186 |
|---|---|---|

| Present Facility: Sheridan | Facility where grievance issue occurred: Sheridan |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specfy):

**RECEIVED**
FEB 2 6 2014

SHERIDAN CORRECTIONAL CENTER
CLINICAL SERVICES

- [ ] Disciplinary Report: ____/____/____
  Date of Report       Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I am filing this grievance due to inadequate medical treatment. I am supposed to be called to the health care unit every morning at 8:00 a.m. On 2-19-14, I was not called to the health care unit for this 8 a.m. routine until approximately 11:50 a.m. This was close to 16 hours after I had been called to the health care unit for my routine 8:00 p.m. use of the same glaucoma eye drops. Upon entering the nurses station of the health care unit, I was immediately approached by the D.O.N. Joe, who began scolding me. The D.O.N. Joe stated that the next time I did not come to my 8:00 a.m. treatment, I would be fired from my job, by him. I tried to explain to D.O.N. Joe that I could not leave

**Relief Requested:**

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Deon L. Rose | K61186 | 2/21/2014 |
|---|---|---|
| Offender's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

---

### Counselor's Response (if applicable)

Date Received: 2/25/14

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: forwarded to HCUA to address

| C. Noegle | C. Noegle | 2/25/14 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

### EMERGENCY REVIEW

Date Received: ____/____/____

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____       ____/____/____
Chief Administrative Officer's Signature       Date

a secured area inside this prison and go anywhere without the authorization of the C/O assigned to that area. I tried to explain to the D.O.N. Joe that upon recieving the call to report to health care, I was immediately sent to health care by C/O Rexford. Upon entering the security area of C-3, I reported to C/O Taylor, who sent me back to C/O Rexford in the dietary where I came from because I didn't have a pass. C/O Rexford wrote me a pass, and only then was I allowed to enter the health care unit. The D.O.N. Joe would not accept this, and repeated that hee would have me fired from the dietary if I did this again. I explained that at 8:00 a.m., when I left C-26, I checked out at the security desk with C/O McStoods. I askes C/O McStoods did I have a treatment pass. He said, "No, they didn't call." The Health Care Administrater, Mrs Duffield, told the D.O.N. Joe, that it was not my fault. An electronic pass would be made out for me daily, from this point. 3 days later, on 2-22-14, I did not recieve a pass. I was not called to health care until approximately 10:05 a.m. This was over 14 hours after I had used this glaucoma medicine. As I used the first drop, Dorzolimide, both of my eyes burned with dissomfort. As I have never experienced that, I promptly alerted Nurse Tonya Peterson, who briefly said, dry eyes, which is a side effect I believe. But I was worried then and I'm worried now that prolonged hours without the use of these drops is damaging the vision that I have left. I am constantly being prescribed tylonol due to eye pain. I am extremely distraught. I have tried to seek psychiatric help due to this as well as the serious depression that I am experiencing from this lack of adequate health care that is contributing to further deterioration of my eye sight. Psychiatric help, or psychiatric treatment has been unsuccessful. because I don't want psychedelic medication. I could be wrong. But I have tried to seek help, but that lead nowhere.

Relief Requested: To be determined when civil suit is file. I have tried very unsuccessfully to handle this situation. I should not have to be fired due to others lack of professionalism. No other retaliation be taken towards me.

Deon L. Rose
Deon L. Rose K61186
2-22-2014

Distribution: Master File; Offender

Printed on Recycled Paper

DOC 0046 (Rev. 3/2005)

| Grievance Officer's Report |
| --- |

**Date Received:** March 6, 2014          **Date of Review:** March 27, 2014          **Grievance #** (optional): 3-4-20

**Offender:** Rose, Deon          **ID#:** K61186

**Nature of Grievance:** STAFF CONDUCT

**Facts Reviewed:** GRIEVANT STATES: C/O TESTA RAISED HIS VOICE TO ME BECAUSE I WANTED TO ASK THE NURSE TO LET ME DO MY TREATMENT AHEAD OF SOME OTHERS DUE TO THE FACT THAT I HAD ANOTHER APPOINTMENT WITH THE EYE DOCTOR AT 9:40AM THAT DAY

Relief from Grievant: FOR ALL STAFF TO GIVE INDIVIDUAL ACCOUNT OF THIS MATTER, AND FOR SECURITY TO PASS MESSAGES TO THE NURSE IF I ASK HIM TO.

RESPONSE FROM GRIEVANCE OFFICER: Offender's grievance was reviewed. The Counselor's Response regarding this issue was also reviewed and in the opinion of the Grievance Officer adequately addresses his concerns. No further action is required at this time as allegation of staff conduct has not been substantiated.

**Recommendation:** Based upon the above information, it is the recommendation of this Grievance Officer that the grievance be DENIED

J. D. Kowalski Correctional Counselor 2
          Print Grievance Officer's Name                              Grievance Officer's Signature          3-27-14
          **(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
| --- |

**Date Received:** 4/1/14          ☒ I concur          ☐ I do not concur          ☐ Remand

**Comments:**

Chief Administrative Officer's Signature                              4/1/14
                                                                                          Date

| Offender's Appeal To The Director |
| --- |

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

          Offender's Signature                              ID#                              Date

# OFFENDER'S GRIEVANCE

B-106

| | | |
|---|---|---|
| Date: 2-12-14 | Offender: (Please Print) Deon L. Rose | ID#: K61186 |
| Present Facility: Sheridan | Facility where grievance issue occurred: Sheridan | |

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ Disability
☑ Staff Conduct  ☐ Dietary  ☐ Medical Treatment  ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___
Date of Report      Facility where issued

RECEIVED
MAR 06 2014
SHERIDAN CORRECTIONAL CENTER
CLINICAL SERVICES

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On 2-12-14 at approximately 9:00 a.m. I was in the health care waiting room, waiting to be called for treatment, as I do 7 days a week. I had arrived at about 8:20 a.m. I had an eye doctor appointment in the same area of the healthcare unit at 9:40 a.m. and since it takes about 25 minutes for me to use the numerous bottles of Glaucoma eye drops prescribed to me, I went to the security window in the health care waiting room where C/O Testa badge #13208 was stationed at that time, and asked him if he could ask the treatment nurse if I

**Relief Requested:** could be called soon since I have an eye appointment at 9:40 a.m. Again, this was at 9:00 a.m. C/O Testa badge #13208 replied, "No, wait your turn". I tried to explain to C/O Testa

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| | | |
|---|---|---|
| Deon L. Rose | K61186 | 2-12-14 |
| Offender's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

---

**Counselor's Response (If applicable)**

Date Received: 2,25,14

☐ Send directly to Grievance Officer  ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Dr. Montswill should have ordered es pres w/ instructions to follow given to eye exam. Staff followed standard protocol for Inm to make appt's in a timely manner.

| | | |
|---|---|---|
| Mate | Mate | 2-25,14 |
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____     ___/___/___
Administrative Officer's Signature          Date

that I have a very serious eye condition, I have an appointment to have a procedure done on my eye next week. Using these drops could posibly lower the pressure in my eyes before I see the eye doctor shortly, or, at least, give the eye doctor a better reading on my eyes, this could give reason to start to maybe give pause in considering another procedure on my eyes. C/O Testa badge #13208, very angrily stated, No, you wait your turn. Now go sit down. I'm not going to argue with you Rose. I stated, I don't want to argue with you either. It's just a simple question, why are you screaming? C/O Testa badge #13208 called Major Worth and conversed with her. I was called to the health care desk where Major Worth and C/O Testa badge #13208 were. Major Worth asked me, What's the problem? I began to tell her about my eye drops and my eye appointment at 9:40am. Major Worth told me that I didn't run anything, I sit down and wait for the officer to call me. I stated, I was not trying to run anything? I again tried to explain to Major Worth about my eye condition, how important the drops where for this eye appointment? I also stated to Major Worth that C/O Testa badge #13208 had no reason to raise his voice in a threatning manner. Major Worth stated that all that I was sayin was irrelavant, and that I don't run anything. I wait to be called. Now go sit down. Any nurse that was in the health care area witnessed this incident and very unprofessional way these staff members acted. C.N.A Brandt also witnessed this incident from start to finish. Dr. Montwill also stated that it would have been better for me ~~and he~~ and he would've been able to conduct a more satisfactory test, if I had been allowed to use the eye drops.

   Relief Requested: All staff members that were stationed in the area of this incident give individual account of this matter. Major Wort and C/O Testa badge #13208 be held responsible for refusing me adequate medical attention, as there was no security reason for me not to be able to use these drops and it would only benifit me, if I had. C/O's do not get in the way of health care professionals job. If an inmate requests to talk to a nurse, or ask a message to be relayed to a nurse, don't interfere with this request. Grant that request if it is trully a medical issue that he or she can't answere, unless for security purposes it can not be done.

                                    Deon L. Rose
   2-12-14                          Deon L. Rose

*I/au*

| | Grievance Officer's Report | |
|---|---|---|

**Date Received:** March 27, 2014     **Date of Review:** April 21, 2014     **Grievance #** (optional): 4-1-16

**Offender:** Rose, Deon     **ID#:** K61186

**Nature of Grievance:** MEDICAL TREATMENT/STAFF CONDUCT

**Facts Reviewed:** Grievant states: I HAD A VERBAL ALTERCATION WITH NURSE JOE BECAUSE HE SAID I WAS BOGUS. I ONLY TOLD HIM THAT I WAS OUT OF MY EYE DROPS AGAIN AND THEY HAD NOT BEEN REFILLED YET.

Relief from Grievant: TO HAVE ALL PARTIED MENTIONED UNDERGO A POLYGRAPH TEST TO AUTHENTICATE ALL STATEMENTS IN THIS GRIEVANCE.

Response from Grievance Officer:

From: NicoletteS.Duffield     Health Care Unit Administrator

Subject: Offender Grievance (Rose, Deon K61186)

Complaint: Proper Medical Care     Written 3/22/14

Received 4/9/14

Response: Offenders medical chart has been reviewed and it has been found that proper procedures and protocols have been followed. Upon interviewing of staff I am unable to substantiate allegation. It is the understanding that all staff shall adhere to standards of conduct. In the event that the offender has any further encounters please advise the offender to follow proper procedure.

Recommendation: Moot

**Recommendation:** Based upon the above information, it is the recommendation of this Grievance Officer that the grievance be DENIED.

J. D. Kowalski Correctional Counselor 2
Print Grievance Officer's Name       Grievance Officer's Signature   4/21/14
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| | Chief Administrative Officer's Response | |
|---|---|---|

**Date Received:** 4/21/14     [X] I concur     [ ] I do not concur     [ ] Remand

**Comments:**

Chief Administrative Officer's Signature       Date   4/21/14

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Offender's Signature     ID#     Date

| Date: 3-22-14 | Offender: (Please Print) Deon L. Rose | ID#: 9K61186 |
|---|---|---|

| Present Facility: Sheridan | Facility where grievance issue occurred: Sheridan |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability

☒ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ HIPAA

☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___
    Date of Report      Facility where issued

*RECEIVED MAR 27 2014 SHERIDAN CORRECTIONAL CENTER CLINICAL SERVICES*

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On 3-18-14, at approximately 8:45 a.m., while I was in the H.C.U. taking drops for glaucoma, I informed the D.O.N. Joe, that my Timolol and Latanoprost eye drops had not been refilled, I ran out of both of these drops the night before. The D.O.N. Joe, looked at me and stated, "So what are we suposed to do, get them for you overnight?" I inturn replied, "I don't Know what your suposed to do, but I told a nurse days ago that those drops were low and needed to be refilled." The D.O.N. Joe, replied, "Yeah, but you're 'bogish'! Started at his response, Confused I asked him why I was 'bogish' for letting him Know that I was out of medicine and need more. Joe retorted, because you file grievances on me and

Relief Requested:

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Deon L. Rose | 9K61186 | 3 22 2014 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

| **Counselor's Response (if applicable)** |
|---|

Date Received: 3/27/14    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Forwarded to HC Admin for Handeling.

| C Naale | C Naale CCII | 3/27/14 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

| **EMERGENCY REVIEW** |
|---|

Date Received: ___/___/___

Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____      ___/___/___
Chief Administrative Officer's Signature      Date

I'm trying to help you. I called you over to make sure you took your medication and you filed a grievance on me. I responded to Joe that I filed those grievances because during those lockdowns, I was either called 5 hours or more late to take those eyedrops, or I was not called at all. I then stated to Joe that the last grievance that I filed on him personally, was because after I was called to health care 4 hours late to take my eyedrops, you told me that you would have me fired from my job if I was late again. So I had to file a grievance, because it is not my fault if no one calls me to healthcare. Since then, passes are issued to me most of the time but not everyday. The D.O.N., Joe, again very vehemently told me that I am boyish. The I asked Joe, since you know so much about these grievances, why haven't I recieved a response from any of the grievances from anyone. I am waiting on responses from grievances dating back to 1-3-14? The D.O.N Joe, advised me very cooly, "O.K, Mr. Rose, I would be quiet if I were you, I am done now." I followed this order. C/O Churchill was posted at the control desk in the nurses station and witnessed this entire exchange. Also Dr. Barzak the psych doctor also witnessed this entire exchange, as she and C/O Churchill were engaged in conversation as this event began. Nurse Peterson brought out the Timolol at this time. I did not however recieve the Latanoprost until 3-22-14, 5 days after I ran completely out of a very detramental part of a series of drops that I need to treat this very serious, very painful disease. I was scheduled on 2-3-14, by my doctor at the University of Chicago, to undergo a surgery 2 weeks later. As of 3-22-14 I have not been to U.I.C. I have requested to see Dr. Montwill numerous times, but I believe it is true when he refused to see me that there really is nothing else he can do for me. I am in Palliative care under this D.O.N. and it is very depressing and very scarey to be threatened and called boyish, forced to endure physical pain and mental suffering, when I just want and need adequate medical treatment.

Relief Requested: All parties mentioned undergo polygraph test, including me, to authenticat all statement in this grievance. All else to be decided in civil suit.

N56 1186  Deon L. Rose
Deon L. Rose
3-22-14

## Grievance Officer's Report

**Date Received:** January 7, 2014      **Date of Review:** January 28, 2014      **Grievance #** (optional): 1-4-4

**Offender:** Rose, Deon      **ID#:** K61186

**Nature of Grievance:** MEDICAL TREATMENT

**Facts Reviewed:** Grievant states I AM OUT OF MANY OF MY MEDS AND EYE DROPS

Relief from Grievant: SHERIDAN HCU NEEDS TO BE INVESTIGATED FOR VIOLATING MY CONSTITUTIONAL RIGHTS

PER NICOLETTE DUFFIELD HCU ADMINISTRATOR

Response from Grievance Officer: Offenders medical record has been reviewed and proper procedures have been followed. Medical records have shown that there have been refills issued to offender for said medication. Offender chart was reviewed for continued complaints. Offender has been placed on treatment line to have his eye drops issued to him directly in the health care unit so offender has direct contact with medical staff.

Recommendation: MOOT

**Recommendation:** Based upon the above information, it is the recommendation of this Grievance Officer that the grievance be MOOT.

J. D. Kowalski Correctional Counselor 2      _signature_ 1·28·14

Print Grievance Officer's Name      Grievance Officer's Signature

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

## Chief Administrative Officer's Response

**Date Received:** 1-28      ☑ I concur    ☐ I do not concur    ☐ Remand

**Comments:**

_M Harvey_ 4      1-28

Chief Administrative Officer's Signature      Date

## Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

RECEIVED

MAR 17 2014

OFFICE OF
INMATE ISSUES

Offender's Signature      ID#      Date

Printed on Recycled Paper



| **Grievance Officer's Report** |
|---|

**Date Received:** January 7, 2014     **Date of Review:** January 28, 2014     **Grievance #** (optional): 1-4-3

**Offender:** Rose, Deon          **ID#:** K61186

**Nature of Grievance:** MEDICAL TREATMENT

**Facts Reviewed:** Grievant states I AM OUT OF MANY OF MY MEDS AND EYE DROPS

Relief from Grievant: I NEED MY EYE DROPS

PER NICOLETTE DUFFIELD HCU ADMINISTRATOR

Response from Grievance Officer: Offenders medical record has been reviewed and proper procedures have been followed. Medical records have shown that there have been refills issued to offender for said medication. Offender chart was reviewed for continued complaints. Offender has been placed on treatment line to have his eye drops issued to him directly in the health care unit so offender has direct contact with medical staff.

Recommendation: MOOT

**Recommendation:** Based upon the above information, it is the recommendation of this Grievance Officer that the grievance be MOOT.

J. D. Kowalski Correctional Counselor 2             *1-28-14*
Print Grievance Officer's Name           Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| **Chief Administrative Officer's Response** |
|---|

**Date Received:** 1-28     ☑ I concur     ☐ I do not concur     ☐ Remand

**Comments:**

M Haucey/ L          1-29
Chief Administrative Officer's Signature          Date

| **Offender's Appeal To The Director** |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)**

**RECEIVED**

MAR 1 7 2014

OFFICE OF
INMATE ISSUES

Offender's Signature         ID#         Date

Printed on Recycled Paper



to me to administer to myself at that time had arrived? I was told that they had been ordered on 12-19-13. I then asked why I hadn't recieved them before today, but I did not recieve an answere. I then asked her about the Predforte/Prednisolone, but I was told that I did not need to use that medication til in the morning, which was today 1-1-14. When I went to health care unit to administer my daily doses of glaucoma eye drops, I was told that there is no Predforte/Prednisolone there for me, it has to be ordered. This is very frustrating because I am experiencing a severe ache constantly for well over a month now, a constant headache that throbs at times, hazier than my usual vision, reder than my usual red eyes. Depression because I am very frieghtened that the shunt in my eye will malfunction or simply close up. Then I will likely slowly go blind, as one shunt has already closed in my right eye before, after this same health care unit did not give me the same Predforte/Prednisolone before. No more shunts can be placed in my right eye, I have been told this by doctors at the University of Chicago. I do not trust this health care staff. I only get irretated responses, in my opinion, from any question that I ask about my well being. If I get a comprehensible response at all.

Relief Requested: The entire staff in the health care unit at the Sheridan Correctional Center be very thoroughly and individually investigated. To very carefully examine their practices of treatment to me and all other human beings in their care. To be held fully responsible for any and all violations of Constitutional Rights of my rights and and all other human beings that they are responsible to treat.

K61186
Deon L. Rose
Deon L. Rose
1-1-14

| Date: 1-1-14 | Offender: (Please Print) Deon L. Rose | ID#: K61186 |
|---|---|---|

| Present Facility: Sheridan | Facility where grievance issue occurred: Sheridan |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: ___/___/___  
  Date of Report     Facility where issued

SHERIDAN CORRECTIONAL CENTER
CLINICAL SERVICES

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.

Chief Administrative Officer, only if EMERGENCY grievance.

Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I am writing this grievance to express the pain and frustration that this medical staff continues to cause me. 30 days has passed since I was prescribed Predforte/Prednisolone. I was ordered on 12-31-13 to bring all of my glaucoma eye drops to the health care unit. Upon doing so I was told by Nurse Kelly, that these eye drops would be kept in the health care unit so they could be monitered better. I had no problem with this, as I had asked this department to exercise this option several

**Relief Requested:** months ago, but I was told, "No, there is no need to do that". While talking to Nurse Kelly, I repeatedly asked, "when the eye drops that were then presented

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Deon L. Rose | K61186 | 1 1 14 |
|---|---|---|
| Offender's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

---

**Counselor's Response (If applicable)**

Date Received: 1/4/13

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: forwarded to HCU admin

| C Noone | C Noone ccu | 1 4 13 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?

- [ ] Yes: expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED
MAR 17 2014
INMATE ISSUES

_____  ___/___/___
Chief Administrative Officer's Signature     Date

**Date:** 12-29-13  **Offender:** (Please Print) Deon L. Rose  **ID#:** 9K61186

**Present Facility:** Sheridan  **Facility where grievance issue occurred:** Sheridan

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (spec'fy) _____

- [ ] Disciplinary Report: ___/___/___
  Date of Report

JAN 07 2014

SHERIDAN CORRECTIONAL CENTER CLINICAL SERVICES

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I am writing this grievance because one more week, consecutive to many weeks before this week, has passed, and the designated nurse Penny h. has not called me to the health care unit to physically check the glaucoma eye drops that are prescribed to me, to make sure I am not in need of any. I have reason to doubt that the "chart holder" has ~~has~~ ordered, or has ~~not~~ alerted the proper staff members that new medication is iether due to be refilled, has been refilled, or has ~~Relief Requested:~~ arrived at this facility, and needs to be issued to me. I have been out of Timolol for 14 days as of today 12-29-13. I have been out of

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or reparable harm to self.

Deon L. Rose  **Offender's Signature**   9K61186  **ID#**  12/29/13  **Date**

(Continue on reverse side if necessary)

---

**Counselor's Response (If applicable)**

**Date Received:** 1/14/13  [ ] Send directly to Grievance Officer  [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

**Response:** forwarded to Hco admin

CMeale  **Print Counselor's Name**   CMeale  **Counselor's Signature**  1/14/13  **Date of Response**

---

**EMERGENCY REVIEW**

**Date Received:** ___/___/___

RECEIVED

MAR 17 2014

OFFICE OF INMATE SERVICES

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature   ___/___/___  **Date**



Brimonidine for 10 days as of 12-29-13. I have been out of Latanoprost for 3 days as of 12-29-13. The administrator of Health Care, Nicolett S, Duffield continuously states that a designated nurse physically checks my medicine, this is absolutely not true. She also states there is a chart holder in charge of ordering this medicine. I don't know how true that is, but I do know that I absolutely do not recieve my eyedrops in a time manner that is healthy for my condition. Dr. Bautista also states that I get this medicine on time, I do not. I also do not have the Predforte that was prescribed to me by the doctor at the University of Chicago on 12-2-13. This medicine was cleared for my use in Sheridan on 12-5-13 by Dr. Bautista, but again I have not recieved it yet. My doctor at U.I.C. can vouch for the importance of this medication to me. Because I am without so many eye drops, and have been for so long, I am experiencing severe eye aches, severe head aches, all day every day. My vision is worse than it usually is. I don't know what else to do. I talk to a psych doctor to deal with the ridicule I recieve for my condition, as well as to see if I am the one who is going a little crazy. I cant even get help from my doctors here at Sheridan. I only get physical, emotional, and mental pain, and it is getting more frustrating and more unbearable.

Relief Requested: This has been goin on far too long. Someone please help me!!!! I do not want to keep going thru ridicule by staff and inmates pain, and fear of going blind. Constantly being lied to and on by this health care staff. It seems that they think because I go to U.I.C. once in a while thats enough. I need this health care staff to realize that I need these drops daily, it is very painful and frustrating without these drops. I need them to realize that I am very terrified of going blind.

Deon L Rose
Deon L Rose 9661186
12-29-13

| Grievance Officer's Report | $I/m$ |

**Date Received:** December 23, 2013   **Date of Review:** January 15, 2014   **Grievance #** (optional): 1-2-27

**Offender:** Rose, Deon   **ID#:** K61186

**Nature of Grievance:** MEDICAL TREATEMENT

**Facts Reviewed:** Grievant states MY EYE DROPS ARE NOT BEING GIVEN TO ME ON TIME

Relief from Grievant: GET MY DROPS IN TIMELY MANNER

PER NICOLETTE DUFFIELD HCU ADMINISTRATOR

Response from Grievance Officer: OFFENDERS MEDICAL RECORDS AND GRIEVANCE HAS BEEN REVIEWED. OFFENDER HAS COMPLAINED THAT HE HAS NOT RECEIVED HIS EYE MEDICATION ON TIME. UPON REVIEW OF MEDICATION RECORDS it APPEARS OFFENDER ROSE HAS RECEIVED HIS MEDICATION AND MULTIPLE TIME EARLY. OFFENDER ROSE WILL BE PLACED ON A MEDICATION CALL LIST TO RECEIVE HIS MEDICATIONS FOR A PERIOD OF TIME THE HEALTH CARE TO MONITOR PORPER USE AND INSURE PROPER MEDICATION EDUCATION. THIS SHOULD RESLOVE ANY FURTHER DISCREPANCIES AND ALLOW THE OFFENDER TO WORK TOGETHER WITH THE HEALTH CARE STAFF.

**Recommendation:** Based upon the above information, it is the recommendation of this Grievance Officer that the grievance be MOOT.

J. D. Kowalski Correctional Counselor 2
Print Grievance Officer's Name

Grievance Officer's Signature

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |

**Date Received:** 1-15   ☑ I concur   ☐ I do not concur   ☐ Remand

**Comments:**

M Hardey

Chief Administrative Officer's Signature

Date

| Offender's Appeal To The Director |

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

RECEIVED

MAR 17 2014

OFFICE OF
INMATE ISSUES

Offender's Signature

ID#

Date



| Date: 12-7-13 | Offender: (Please Print) Deon L. Rose | ID#: K61186 |
|---|---|---|

| Present Facility: Sheridan | Facility where grievance issue occurred: Sheridan |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: ___/___/___
  Date of Report      Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I am filing this grievance because I am still not recieving the eye drops that have been prescribed to me. The same eye drops that I have consistantly not been recieving in a responsible amount of time for the medication to respond properly to treat my condition, Glaucoma. I have been completely out of Dorzolamide HCL 2% for 12 days as of today, 12-7-13, at 9:45 p.m. I have not recieved the refill of Brimonidine 0.2% that was due on 12-1-13. I did not recieve the refill of Latanoprost 0.005% that was

Relief Requested: due yesterday on 12-6-13, altho I was called to the p.m. med-line window last night on 12-6-13 to get a prescribtion of Ibuprofen. I was prescribed

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Deon L. Rose | K61186 | 12, 8, 13 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 12/16/13

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Forwarded to HCU

| (Print Counselor's Name) | Counselor's Signature | 12/16/13 Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED
MAR 17 2014
OFFICE OF INMATE ISSUES

Chief Administrative Officer's Signature     ___/___/___ Date



this pain killing medication, because due to me not having any Dorzolamide, and due to me not having any Timolol for 1½ weeks until 11-27-13, when I went to the University of Chicago Hospital on 12-2-13, the pressure in my eyes was unexceptably high. My right eye was again very red and so inflammed that after testing my eyes with various tests, I was prescribed Predforte, which I also still have not recieved. I was given a sample of Trusopt while at U.I.C. to compensate me not have these before mentioned eye drops. I use it very sparingly as ordered by the doctor at U.I.C. and I fear this sample bottle will be gone before any other medication is given to me. I have written requests to notify health care of this, I have taken my boxes with the bottles of eye drops in them to turn in the refill stickers, and I am still being denied my Constitutional Right to recieve any and all medications prescribed to me in a timely fashion to treat my condition. Nurse Penny L. was assigned by the assistant Chief administrator to oversee my medication as well as to call me to health care weekly to make absolute sure I am not running low on eye drops. This is not being done. The only time I am seen by her is when I ask a C.O. may I go to health care for that matter. They call her, sometimes I'm allowed to go. Recently, I have not been allowed to go.

**Relief Requested**

    Any and all personell in any way responsible or connected with the ordering, handling, or distrabution to me of any Glaucoma prescribed eye drops be held accountable for this. Any and all personell be held responsible for any and all physical and mental discomfort, distress, and anguish. Someone please look closely into this issue as well as any and all parties including myself, Deon Lamont Rose K61186, to realize that this is a very serious matter.

        Deon Rose K61186
        Deon Rose
        12-7-13

## Grievance Officer's Report

**Date Received:** December 23, 2013     **Date of Review:** January 15, 2014     **Grievance #** (optional): 1-3-1

**Offender:** Rose, Deon

**ID#:** K61186

**Nature of Grievance:** MEDICAL TREATEMENT

**Facts Reviewed:** Grievant states MY EYE DROPS ARE NOT BEING GIVEN TO ME ON TIME

Relief from Grievant: GET MY DROPS IN TIMELY MANNER

PER NICOLETTE DUFFIELD HCU ADMINISTRATOR

Response from Grievance Officer: OFFENDERS MEDICAL RECORDS AND GRIEVANCE HAS BEEN REVIEWED. OFFENDER HAS COMPLAINED THAT HE HAS NOT RECEIVED HIS EYE MEDICATION ON TIME. UPON REVIEW OF MEDICATION RECORDS it APPEARS OFFENDER ROSE HAS RECEIVED HIS MEDICATION AND MULTIPLE TIME EARLY. OFFENDER ROSE WILL BE PLACED ON A MEDICATION CALL LIST TO RECEIVE HIS MEDICATIONS FOR A PERIOD OF TIME THE HEALTH CARE TO MONITOR PORPER USE AND INSURE PROPER MEDICATION EDUCATION. THIS SHOULD RESLOVE ANY FURTHER DISCREPANCIES AND ALLOW THE OFFENDER TO WORK TOGETHER WITH THE HEALTH CARE STAFF.

**Recommendation:** Based upon the above information, it is the recommendation of this Grievance Officer that the grievance be MOOT.

J. D. Kowalski Correctional Counselor 2
Print Grievance Officer's Name

1-15-14

Grievance Officer's Signature

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

## Chief Administrative Officer's Response

**Date Received:** 1-15

☑ I concur    ☐ I do not concur    ☐ Remand

**Comments:**

Chief Administrative Officer's Signature      1-16 Date

## Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

RECEIVED

MAR 1 7 2014

Offender's Signature      ID#      Date

OFFICE OF
INMATE ISSUES

| Date: 12-15-13 | Offender: (Please Print) Deon L. Rose | | ID#: K61186 |
|---|---|---|---|
| Present Facility: Sheridan | | Facility where grievance Issue occurred: Sheridan | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___ / ___ / ___
  Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: Due to this medical staff not distributing me the Glaucoma eye drops that have been prescribed to me in a timely manner, I am again without another bottle of eye drops. Timolol should have been given to me yesterday on 12-14-13, but it was not. I am filing this grievance, because, altho it is only one day late getting to me, it could be another day or two or another week or two before I recieve this medication. This is consistant with the way all of my medications are more often than not, distributed to

Relief Requested: me, days or even weeks after they should have been given to me. Therefor, I am constantly going days or weeks without multiple eye drops at times. Even

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Deon L. Rose | K61186 | 12.15.2013 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 12 / 16 / 13   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: forwarded to the)

| Maple | Maple CCF | 12/16/13 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: ___ / ___ / ___   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED
MAR 17 2014

_____ / ___ / ___
Chief Administrative Officer's Signature   Date

after the Health Care Unit Administrator, Nicoletti. Duffied states that all refills are made in a timely manner, I, Deon Lamont Rose K61186, have not been recieving my Glaucoma eye drops in a timely manner. Furthermore, more than once, I have had to go to the med line window, more than once, fill out several request slips, and finally, eventually see Dr. Bautista or Dr. Montvill to get a late eye drop ordered, and finally, given to me. This too should be in my medical file. Also, nurse Penny L is assigned to physically check my medication once a week, but she does not. I have asked for a sign out sheet to moniter these "physical checks of meds", as well as to monite the distribution of eye drops to me, but this request is constantly disregaurded, not even paid attention to. In no way is my eye drops being physically checked. Twice it has, since this designation to nurse Penny L, but not since early October. To prove this, on 12-2-13, I went to the University of Chicago Hospital. It was noted then that I was out of Dorzolamide and Brimonidine. The pressure in my eyes was unexceptablly, high and my right eye was imflammed. I was prescribed Predforte / Prednisolone, by the Doctor at U.I.C. I saw Dr. Bautista on 12-5-13 and he OiX'd this presscription. As of today 12-15-13, 10 days later, I still dont have this imflammatory medicine. Altho the lack of this same Predforte, caused me to undergo emergency surgery before, it seems that this matter is still not being taken seriously. If the designated person, was physiaally checking my medications, this would not be happening. If this "Chart" were being monitered acurately, this would not be happening.

Relief Requested~ Everyone associated with the ordering, handling, and distribution of my eye drops, be mandated to to take this matter seriausly, before I go blind. So that I can stop having migrain headaches. So that the pressure in my eyes stops going up, causing me to have red eyes, more than usual blurred vision. Everyone who makes statements or remarks on this matter be subpoenaed to court. And be held fully accountable for any and all statements and actions or lack thereof. K61186
Deon L. Rose
Deon L. Rose

| Grievance Officer's Report |
|---|

**Date Received:** October 18, 2013     **Date of Review:** November 7, 2013     **Grievance #** (optional): 11-1-21

**Offender:** Rose, Deon        **ID#:** K61186

**Nature of Grievance:** Other - Name Calling

**Facts Reviewed:** Grievant states that on 8-28-13 in the Dietary there was a pause when no lines were coming to his side to get water and Food Supervisor Rury stated to several inmates that were preparing food trays that "Stevie Wonder just standing there. L.L. Cool J. Isn't working. Hey, look Cool Moe D. is just standing around doing nothing. Hey, Ray Charles pour some water." Grievant says he asked Mr. Rury not to call him these names because he also has eye problems. Mr. Rury said, "You don't tell me how to talk or what to say." Grievant responded, "So you can say whatever you want to say because you are protected by your badge, huh?" Then Rury started beating his chest while everyone was looking at them and very loudly saying, nothing but air and opportunity between us, what's up! Grievant says he asked one of the 4 Lt's standing there watching to do something about this situation. He was told to talk to Lt. Truitt. Mr. Rury continued to make statements and Lt. Truitt did not care. He told Grievant if he didn't immediately get back to work he would be taken to seg for not working.

**Relief from Grievant:** This matter needs to be investigated. Someone should do a lot more than to tell me to take a deep breath and don't worry about it. Professionals should conduct theirselfs as professionals and not to have their buddies protect them when they are wrong. This is not right and humiliating.

**Response from Grievance Officer:** Per Grievant's IDOC Counselor, Grievant was caught stealing donuts in the back kit area while not wearing his med. glasses. He was moved to the front line then chose to wear med glasses. Mr. Rury was unaware of need, inquired, I/M became defensive telling Mr. Rury it was none of his business. Mr. Rury does conduct himself in a professional manner at all times. This Grievance Officer asked Mr. Rury about the incident. He denies any inappropriate behavior or remarks.

RECEIVED
NOV 1 2 2013
SHERIDAN CORRECTIONAL CENTER
CLINICAL SERVICES

**Recommendation:** Based upon the above information, it is the recommendation of this Grievance Officer that the grievance be Denied.

Inmate Issues
JAN 0 6 2014

C. Reynolds, Correctional Counselor 2
     Print Grievance Officer's Name            Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 11-12     ☑ I concur     ☐ I do not concur     ☐ Remand

**Comments:**

     Chief Administrative Officer's Signature            Date: 11-15

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

     Offender's Signature            ID#            Date

# OFFENDER'S GRIEVANCE

| Date: 8/28/13 | Offender: (Please Print) DEON L. ROSE | ID#: K61186 |
|---|---|---|
| Present Facility: SHERIDAN C.C. | Facility where grievance issue occurred: SHERIDAN C.C. | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability

☐ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    RECEIVED

☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify)

☐ Disciplinary Report: ____/____/____
         Date of Report        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

     **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
     **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
     **Chief Administrative Officer,** only if EMERGENCY grievance.
     **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** PRESURE TO STATE AND FEDERAL LAW UNDER 720. ILCS. 5/3/3 20 ILLINOIS ADMINISTRATION CODE. ON 8-28-13 IN THE DIETARY AT APPROXIMATELY 11:00 AM, I WAS DOING MY DIETARY ASSIGNMENT. DURING A PAUSE WHEN NO LINES WERE COMING TO MY SIDE TO GET WATER, THE FOOD SUPERVISOR MR. RURY STATED TO SEVERAL INMATES THAT WERE PREPARING FOOD TRAYS THAT "STEVIE WONDER JUST STANDING THERE"! "LIL COOL J. ISN'T WORKING" "HEY LOOK COOL MOE D. IS JUST STANDING AROUND DOING NOTHING". "HEY, RAY CHARLES

**Relief Requested:** _____

_____

_____

☐ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Deon L. Rose | K61186 | 8, 28, 13 |
|---|---|---|
| Offender's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

---

### Counselor's Response (If applicable)

Date Received: 9 / 8 / 13    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Due to Im Being caught Stealing in the Back Kit area (not wearing) (med. glasses) (donut) Im was moved up to front line then ~~stated~~ choose to wear med glasses. mr. Rury unaware of need inquired, Im Became defensive telling mr. Rury it was none of his Business. Mr. Rury does conduct himself in a professional manner at all times    9/10/13

| C. Nagle | C. Nagle CCII | 9/10/13 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

### EMERGENCY REVIEW

Date Received: ____/____/____    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance

☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____        ____/____/____
Chief Administrative Officer's Signature           Date

POOR SOME WATER. HE MADE ALL THESE STATEMENTS, ONE AFTER ANOTHER JUST AS I AM WRITING YOU THIS GRIEVANCE, IN THE SAME ORDER. I VERY RESPECTFULLY ASKED THE FOOD SUPERVISOR MR. RURY COULD HE PLEASE NOT CALL ME THESE NAMES OF THESE PEOPLE, BECAUSE I TOO ALSO HAVE EYE PROBLEMS. I HAVE A VERY SERIOUS EYE PROBLEM AND IT IS VERY DISRESPECTFUL. HE STATED LOUD ENOUGH FOR EVERY ONE TO HEAR IN THE DIETARY "YOU DON'T TELL ME HOW TO TALK"; OR WHAT TO SAY." " I STATED "SO YOU CAN SAY WHATEVER YOU WANT TO SAY BECAUSE YOU ARE PROTECTED BY YOUR BADGE, HUH? HE STARTED BEATING HIS CHEST WHILE EVERY ONE IS LOOKING AT US AND VERY LOUDLY SAYING, NOTHING BUT AIR AND OPPORTUNITY BETWEEN US, WHAT'S UP! I ASKED ONE OF THE FIRST 4 LUETINANTS THAT WAS STANDING THERE AND WATCHING THIS, COULD HE PLEASE DO SOMETHING ABOUT THIS SITUATION. I ALSO INFORMED HIM THAT I WAS PRESENTLY SEEKING COUNCIL FROM THE MENTAL HEALTH DEPARTMENT FOR MY DARK GLASSES AND MY EYE CONDITION. I HAVE BEEN CONSTANTLY RIDICULED BY STAFF AND INMATES AND IT'S REALLY GETTING TO ME. HE TOLD ME TO TALK TO LT. TRUITT, I TRIED THIS. AS I WAS TALKING WITH LT. TRUITT FOOD, SUPERVISOR MR. RURY CONTINUED TO MAKE STATEMENTS AND HUMILIATING STATEMENTS AS SOME INMATES LAUGHED. THIS BEHAVIOR CONTINUED. LT. TRUITT DID NOT CARE THAT THIS STAFF MEMBER WAS DEMON- STRATING THIS UGLY, UNHEALTHY, DISRESPECTFUL BEHAVIOR. I FELT DEGRADED. HE ONLY TOLD ME TO GET BACK TO WORK AS IF I WAS THE PROBLEM. I ASKED ONCE AGAIN IF HE COULD PLEASE STOP HIS STAFF MEMBER FROM MAKING THOSE, HEARTFELT, EMBARRASSING, BELITTLE, DEGRADING COMMENTS. HE AGAIN SAID IN A MANNER THAT I BELIEVE THAT IF I DIDN'T IMMEDIATELY GET BACK TO WORK, THAT I WOULD BE TAKEN TO SEG. FOR NOT WORKING.

RELIEF REQUEST: THIS MATTER NEEDS TO BE INVESTIGATED. SOME ONE SHOULD DO A LOT MORE THAN TO TELL ME TO TAKE A DEEP BREATH AND DON'T WORRY ABOUT IT. PROFESSIONALS SHOULD CONDUCT THEIRSELVES AS PROFESSIONALS AND NOT TO HAVE THEIR BUDDIES PROTECT THEM WHEN THEY ARE WRONG. THIS IS NOT RIGHT AND HUMILIATING

| Grievance Officer's Report |
| --- |

**Date Received:** July 12, 2013  **Date of Review:** September 27, 2013  **Grievance #** (optional): 9-4-17

**Offender:** Rose, Deon  **ID#:** K61186

**Nature of Grievance:** Medical Treatment

**Facts Reviewed:** Grievant states he is not receiving his eye drops as ordered by the glaucoma specialist at the University of Chicago, which is causing seriously painful discomfort and a frightening loss of vision. He claims in the grievance written 7/19/13 that as a result of this he has to have other procedures including another surgery to the same eye he had surgery on in April. Grievant writes in the grievance written 9/10/13: And altho the Chief Administrator  Health Care, N. Duffield, says that these matters have been take care of, I am constantly going weeks without medication as I have been since coming to this insitution.

**Relief from Grievant:** 7/12/13: The proper authorized personnel look into this matter. Please honor my request in prior grievances by getting me these eye drops in a respectable amount of time. The medical professional that makes the refill order checks the bottles to see how empty they are. To be treated like a living human being. Don't let me bo blind!  my eyes hurt as I write this.

7/15/13: Please start giving me the drops that have been prescribed to me for well over a year now, as well as any medications prescribed to me because I don't want to go blind. I am a convicted felon, an inmate, but I am human. Please treat me as one. I will take a plygraph test to authenticate every statement I made in this grievance.

7/19/13: A thorough investigation be done on the medical staff as well as the practices of this medical staff at the Sheridan C.C. These doctors communicate with the doctors at U.I.C. concerning how my medical condition needs to be addressed. Anyone connected with this medical staff be held fully responsible for any and all neglegent behaviors concerning any and all problems and issues that I have experienced and will experience due to any and all neglegent medical malpractice.

9/10/13: A responsible person, anyone not connected with this medical staff or this institution, any authorized person, hold all personnel in any way connected with this medical staff; please hold them responsible for this blatant carelessness. I have been told that I file too many grievances but still nothing at all is being done. Only lies saying that these issues are being take care of.

Per Grievance Officer: This following response was received in regards to these greivances written on 7/12/13, 7/15/13, 7/19/13, and 9/10/13. See page 2.

**Recommendation:** Based upon the above information, it is the recommendation of this Grievance Officer that the grievance be Moot.

C. Reynolds, Correctional Counselor 2
  *Print Grievance Officer's Name*          *Grievance Officer's Signature*
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
| --- |

**Date Received:** 9-27    ☑ I concur   ☐ I do not concur   ☐ Remand

**Comments:**

  *Chief Administrative Officer's Signature*          *Date*  9-27

| Offender's Appeal To The Director |
| --- |

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

RECEIVED

OCT 2 9 2013

OFFICE OF
INMATE ISSUES

  Offender's Signature          ID#          Date

This is in response to the grievance letter by Rose, Deon K61186 dated 7/12/13.

Mr. Rose is complaining that refills of his glaucoma eye drops are not being accomplished in a timely manner.

Review of the medical file show that prescriptions for refills are made by medical providers in a timely manner. To make sure that Mr. Rose's monthly refills are ordered and given to him in a timely manner, a designated nurse will physically check his medication supply once a week and this nurse will contact the pharmacy for refills as necessary.

Catalino Bautista, M.D.
Medical Director
Sheridan Corrections Center

This is in response to the grievance letter by Rose, Deon K61186 dated 7/15/13.

Mr. Rose is complaining that refills of his glaucoma eye drops are not being accomplished in a timely manner.

Review of the medical file show that prescriptions for refills are made by medical providers in a timely manner. To make sure that Mr. Rose's monthly refills are ordered and given to him in a timely manner, a designated nurse will physically check his medication supply once a week and this nurse will contact the pharmacy for refills as necessary.

Catalino Bautista, M.D.
Medical Director
Sheridan Corrections Center

This is in response to the grievance letter by Rose, Deon K61186 dated 7/19/13.

Mr. Rose is complaining that refills of his glaucoma eye drops are not being accomplished in a timely manner.

Review of the medical file show that prescriptions for refills are made by medical providers in a timely manner. To make sure that Mr. Rose's monthly refills are ordered and given to him in a timely manner, a designated nurse will physically check his medication supply once a week and this nurse will contact the pharmacy for refills as necessary.

Catalino Bautista, M.D.
Medical Director
Sheridan Corrections Center

This is in response to the grievance letter by Rose, Deon K61186 dated 9/10/13.

Mr. Rose is complaining that refills of his glaucoma eye drops are not being accomplished in a timely manner.

Review of the medical file show that prescriptions for refills are made by medical providers in a timely manner. To make sure that Mr. Rose's monthly refills are ordered and given to him in a timely manner, a designated nurse will physically check his medication supply once a week and this nurse will contact the pharmacy for refills as necessary.

Catalino Bautista, M.D.
Medical Director
Sheridan Corrections Center



Distribution: Master File; Offender

Printed on Recycled Paper

DOC 0047 (Rev. 3/2005)

| Date: 7-12-13 | Offender: (Please Print) Deon S. Rose | ID#: 9561186 |
|---|---|---|

| Present Facility: Sheridan Corr, Center | Facility where grievance issue occurred: Sheridan C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___
Date of Report      Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On 7-3-13, I went to the med-line window here at the Sheridan Correction Center to turn in the required "refill sticker" for a refill of Prednisolone AC 1% Eye Drop, the generic medicine for Pred forte. This is the same steroid eye drop that I wrote a grievance about on 6-14-13. The doctors here know how important it is for me to have continued use of this drop as well as any other eye drop that I take because of the serious drops seriously painful discomfort, and the very freightning loss of vision that I have suffered due to the continued's repeated delay of me receiving these drops. Also, the Glaucoma specialist at the University of Chicago has left numerous notes in my medical file

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Deon Rose        9561186      7 12 2013
Offender's Signature       ID#      Date

(Continue on reverse side if necessary)

| Counselor's Response (if applicable) |
|---|

Date Received: 7/17/13    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Issue Resolved, spin Dr Mentwill
made contact 7-17-13 @ 205pm, IX issues
stated. Dr. Mentwill states he seen Im
last week & all issues Addressed

Drenle       Drenle       7,17,13
Print Counselor's Name      Counselor's Signature      Date of Response

| EMERGENCY REVIEW |
|---|

Date Received: ___/___/___

RECEIVED
OCT 28 2013
OFFICE...
INMATE ISSUES

Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature       ___/___/___ Date

noting the vitality of the eye drops to me. Altho the doctors here at Sheridan did not take this refill order sticker from me, I went to the University of Chicago on July 2, 2013, where Dr. Patel - Excuse me if I misspelled his name- the Doctor at U.I.C., gave the order to continue all eye drops until further notice. Also on July 7, 2013, I turned in an eye drop called Dorzolamide HCS 2% Eye Drop, generic for Trusopt, another extremely vital eye drop that is prescribed to me to maintain control of my medical condition, Glaucoma. I am experiencing the same disregaurd that forced me to write prior grievances on this medical staff. I recieved the Dorzolamide on 6-7-13. I resieved the Prednisolone on 6-18-13, and at that time I was told to use it, one drop in my right eye 4 times a day. As of 7-12-13 10:36 a.m., I have not received these eye drops.

___Reliefe Requested - The proper authorized personell look into this matter. Please honer my request in prior grievances by getting me these eye drops in a respectable amount of time. The medical professional that makes the refill order checks the bottle to see how empty they are. To be treated like a living human being. Dont let me go blind. My eyes hurt as I write this.

Thank You
Deon Rose
Deon Rose
July 12, 2013

RECEIVED
OFFICE OF
INMATE ISSUES

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 7-12-13 | Offender: (Please Print) Deon S. Rose | ID#: K61186 |

Present Facility: Sheridan Corr, Center | Facility where grievance issue occurred: She..C.

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ___/___/___ Date of Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [x] Medical Treatment

- [ ] Disability
- [ ] HIPAA

RECEIVED
SHERIDAN CORRECTIONAL CENTER
JUL 15 2013
CLINICAL SERVICES

Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody involuntary
administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
Administrative Officer.

Brief Summary of Grievance: On 7-3-13, I went to the med-line window here at the Sheridan Correction Center to turn in the required "refill sticker" for a refill of Prednisolone - QC 18 Eye Drop, the generic medicine for Predforte. This is the same Steroid eye drop that I wrote a grievance about on 6-14-13. The doctors here Know how important it is for me to have continued use of this drop as well as any other eye drop that I take because of the seriously painful discomfort, and the very frightning loss of vision that I have suffered due to the continuous repeated delay of me recieving these drops. Also, the Glaucoma Specialist at the University of Chicago has left numerous notes in my medical file noting the

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Deon Rose | K61186 | 7,12,13
Offender's Signature | ID# | Date

(Continue on reverse side if necessary)

| | **Counselor's Response** (if applicable) | |

Date Received: ___/___/___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name | Counselor's Signature | Date of Response ___/___/___

| | **EMERGENCY REVIEW** | |

Date received: 7,15,13

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED
OFFICE OF INMATE ISSUES

Chief Administrative Officer's Signature | 7,15,13 Date

Distribution: Master File, Offender | Page 1 | (Rev. 3/2005)

vitality of the eye drops to me. Altho the doctors here at Sheridan did not take this refill order sticker from me, I went to the University of Chicago on July 2, 2013 where Dr. Patel - Excuse me if I mispelled his name - the Doctor at U.I.C., gave the order to continue all eye drops until further notice. Also on on July 7, 2013 I turned in an eye drop called Dorzolamide. IPC& 28 Eye Drops, generic for Trusopt another extremely vital eye drop that is prescribed to me to maintain control of my medical condition, Glaucoma. I am experiencing the same disregaurd that forced me to write prior grievances on this medical staff. I recieved the Dorzolamide on 6-7-13. I recieved the Prednisolone on 6-18-13 and at that time I was told to use it one drop in my right eye 4 times a day. As of 7-12-13 - 10:36 a.m. I have not recieved these eye drops.

Reliefe Requested- The proper authorized personell look into this matter. Please honor my request in a prior grievances by getting me these eye drops in a respectable amount of time. The medical professional that makes the refll order checks the bottl to see how empty they are. To be treated like a living human being. Don't let me go blind! My eyes hurt as I write this.

Thank You
Dean Rose
Dean Rose
July 12, 2013

Distribution: Master File: Offender

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 7-15-13 | Offender: (Please Print) Deon L. Rose | | ID#: 9K61186 |
|---|---|---|---|
| Present Facility: Sheridan Corr. Center | | Facility where grievance issue occurred: Sheridan C. C. | |

NATURE OF GRIEVANCE:

| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ Disability |
|---|---|---|---|
| ☒ Staff Conduct | ☐ Dietary | ☒ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | ☐ Other (specify) |

☐ Disciplinary Report: ___/___/___
Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

Brief Summary of Grievance: On 7-12-13, I wrote a Grievance on the medical staff concerning me once again not recieving refills of the eye drops I have continuously been forced to go without, due to unexplained, repeated, delays. I wrote the Grievance on 7-12-13, because on 7-3-13, I turned in an eye drop called Prednisolone ac 18. I turned this Grievance in to my I.D.O.C. counselor, Mrs. C. Nagel. After Mrs. C. Nagel read that Grievance in front of me, she suggested that I check the "Emergency" box, and I did. That Grievance was returned to me with the 'not an emergency' box checked. Altho on the very same day that I turned that same Grievance in to Mrs. C. Nagel, I also turned in 2

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Deon L. Rose      9K61186  7, 15, 2013
Offender's Signature     ID#    Date

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: 7, 17, 13  ☐ Send directly to Grievance Officer  ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Issue Resolved, Contacted SCC eye dr. Montvill 7-17-13 @ 205pm Discussed grievance, Dr. Stated he chan Seen Implant week, call taken care

Copy sent to HCU 9/20/13 CKupidas

Print Counselor's Name    Counselor's Signature   Date of Response 7, 17, 13

---

### EMERGENCY REVIEW

Date Received: ___/___/___

Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature     Date ___/___/___

RECEIVED
SEP 2013
OFFICE OF
INMATE ISSUES

medical health care forms, one to the Nurse and one to the eye doctor, notifying them of the fact that I had not recieved my medication and that I was experiencing eye pain. Dr. Montwill won't be in until Wednesday, 7-17-13, I believe, I wrote a request to him because I don't believe that I will have recieved the medication by then, and I also believe that I have tried to contact the people responsible for my medication. I turned that medication in on 7-3-13 at A.M. medline and as of 7-15-13 at 7:48 p.m. I still haven't recieved this medicine, altho I have been back to this same med-line window several times, and each time I was told, "Maybe tomorrow, I don't have time to check right now." I also turned in eye drops on 7-11-13, at the A.M. med-line window. The drops were Brimonidine 0.2% and Timolol 0.5%, and I haven't recieved iether of these medications. I turned in a drop called Dorzolamide HCL 2% on 7-7-13. at this same A.M. med-line window and I did however recieve this medication on 7-11-13. I am in serious pain at this very moment, as I have gone days without eyedrops. I am experiencing substantial vision loss at this very moment. I am seriously depressed, frustrated, angry and scared that I will indeed go blind because I know the damage that is currently being done to my eyes because I dont have this medication. I know this because I am informed by doctors and I follow their orders word for word. I am able to write this Grievance because I took my time, it was hard because my eyes hurt and I see double. I work in the dietary, I am on floor care, I sweep and mop and take out garbage. I am able to do these things because I refuse to give up on myself like everyone else has.

⎯⎯⎯ Relief Requested - Please start giving me the drops that have been prescribed to me for well over a year now, as well as any medications prescribed to me because I don't want to go blind. I am a convicted felon, an inmate, but I am human. Please treat me as one. I will take a polygraph test to authenticate every statement I made in this Grievance.

Deon Rose
Deon Rose
July 15, 2013

DOC 0046 (Rev. 3

B106

| Date: 4-10-13 | Offender: (Please Print) Deon L. Rose | ID#: 956186 |
|---|---|---|

| Present Facility: Sheridan Corr. Co | Facility where grievance issue occurred: Sheridan C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☑ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify):

☐ Disciplinary Report: _____ / _____ / _____
Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I am still not recieving eye drops that have been prescribed to me to treat Glaucoma. I went to the P.M. medline window on 8-24-13 to turn in the sticker on the box of Timilol for a refill. I did not recieve a refill of this medication until 9-6-13 & I went to the P.M. medline window on 9-1-13 for a refill of Latanaprost, and as of 9-10-13 9:30 P.M. I still have not recieved this medication. On 9-6-13 I went to the p.m.

Relief Requested: medline window for a refill of Dorzolamide, and as of 9:30 p.m. 9-10-13 I have not recieved this medication. I notice

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Deon L. Rose | 956186 | 9-10-13 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

| **Counselor's Response** (If applicable) | | |
|---|---|---|

Date Received: 9, 13, 13

☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL, 62794-9277

Response: forwarded to HCUA for handeling

| C. Neale | C. Neale Ceat | 9, 13, 13 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

| **EMERGENCY REVIEW** | |
|---|---|

Date Received: _____ / _____ / _____

RECEIVED
OCT 28 2013
OFFICE
INMATE ISSU

Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| _____ | _____ / _____ / _____ |
|---|---|
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender

that when I do recieve these drops, most of the time the date that I am supposed to take the meds over for refill is the very same date that they give me the drops. This makes it look like I recieved the drops on time but I don't. Being out of any drop at any time for atleast 2 weeks is an on going nightmare with this medical staff. Altho the doctors at the University of Chicago hospital constantly urges this medical staff to supply me with medication to prevent pain and blindness the don't. And altho the Chief Administrator of Health Care M. Duffield says that these matters have been taken care of, I am constantly going weeks without medication as I have been since coming to this institution.

Relief Requested- A responsible person, anyone not conected with this medical staff or this institution; any authorised person, hold all personell in any way conected with this medical staff; please hold them responsible for this blatant carelessness. I have been told that I file too many grievances but still nothing at all is being done. Only lies saying that these issues are being taken core of.

RECEIVED
INMATE ISSUES

| Date: 7-19-13 | Offender: (Please Print) Deon L. Rose | | ID#: K61186 |
|---|---|---|---|
| Present Facility: Sheridan Corr. Center | Facility where grievance issue occurred: | Sheridan C. C. | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify):

☐ Disciplinary Report: ___/___/___  
　　　　　　　　　Date of Report　　　　　　　　　　　Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
　Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
　Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
　Chief Administrative Officer, only if EMERGENCY grievance.
　Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On 7-15-13 I wrote a Grievance on the medical staff here at the Sheridan Correction Center, for again, not giving me the eye drops that I am prescribed to treat Glaucoma. Also included in that Grievance, was a complaint from me, stating that I had submitted several health care request forms, stating this issue of me not recieving this medication, and the fact that I was experiencing blurred vision as well as eye pain. I submitted one request to the nurse staff, and one to Dr. Montwill both on 7-11-13. Sinse then I have submitted 3 more

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Deon Rose  
　　Offender's Signature

K61186　7 / 19 / 2013  
　ID#　　　　Date

(Continue on reverse side if necessary)

| Counselor's Response (If applicable) | |
|---|---|

Date Received: 7 / 23 / 13　☐ Send directly to Grievance Officer　☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: I'm currently on Med-of-unl. Will forward Grievance to HCUA for handeling

C. Nagle　COII  
Print Counselor's Name

C Nagle　7/23/19  
Counselor's Signature　Date of Response

| EMERGENCY REVIEW | |
|---|---|

Date Received: ___/___/___　Is this determined to be of an emergency nature?　☐ Yes; expedite emergency grievance  
　　　　　　　　　　　　　　　　　　☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____　　　　　　　　___/___/___  
Chief Administrative Officer's Signature　　　　　Date

RECEIVED
OCT 28 20__
OFFICE OF
INMATE ISSUES

requests to see the nurse, and 3 more to see Dr. Montwill. I also had the desk officer in C-26 on 7-16-13 at approximately 12:30 p.m. Call health care, telling them of my symptoms. They refused to see me and as of 7-19-13 8:27 a.m. I still have not been seen by anyone on the Sheridan medical staff, nor talked to by anyone on the Sheridan medical staff. On 7-18-13, the earlier mentioned grievance was returned to me, signed by C. Nagle, my I.D.O.C. counselor, stating that she had contacted Dr. Montwill on 7-17-13, the grievance had been discussed, that he had seen me last week, and that all issues had "been taken care of." This is not true. Dr. Montwill, nor anyone on the Sheridan medical staff has seen nor talked to me since I was seen by Dr. Montwill on 6-26-13. I went to the University of Chicago on 7-2-13 when I also discussed blurred vision and eye pain with the Doctors there. I was seen by Dr. Batista on 7-8-13 to be seen as a follow up from U.I.C., when I told him again about eye pain and vision problems. Nothing has been done about this, including no urgency at all to get me the eye drops I need. I have been prescribed the same drops now for 18 months by the doctors here at Sheridan and orders have been confirmed by doctors at U.I.C., but I have not been recieving them regularly. As a result of this I have to have other proceedures including another surgery to the same eye that I had surgery on in April. I still dont have the Prednisolone that I have been waiting for for 2½ weeks nor do I have the Timilol that I have waited for over a week. I have no choice but to continue to file grievances even tho absolutely nothing is being done.

Relief Requested - A thorough investigation be done on the medical staff as well as the practises of this medical staff at the Sheridan C.C. These doctors communicate with the doctors at U.I.C. concerning how my medical condition needs to be addressed. Anyone conected with this medical staff be held fully responsible for any and all neglegent behaviors concerning any and all problems and issues that I have experienced and will experience due to any and all neglegent medical mal practice. // Dean Rose

Dean Rose

7-19-13.

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 1-8-14 | Offender: (Please Print) Deon L. Rose | ID#: K61186 |
|---|---|---|

| Present Facility: Sharidan | Facility where grievance issue occurred: Sheridan |
|---|---|

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [x] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify)

- [ ] Disciplinary Report: ____ / ____ / ____
  Date of Report              Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I am compelled to file this grievance on the health care staff here at Sheridan. On ~~█~~ 1-5-14, I was given posession of all of my prescribed glaucoma eye drops, this was at approximately 11:00 a.m. I immediately, upon making sure that I had all 5 bottles of the drops that I take, alerted the nurse that brought me this medicine, that one of the bottles, the Dorzolomide, was empty. I also told her that another bottle of Dorzolomide had been opened the day before on 1-4-14. I was told to hand over the empty bottle and the recently opened bottle would

**Relief Requested:** be brought to me immediately. Sheridan was on an administrative lockdown on 1-5-14, and when this

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Deon L. Rose | K61186 | 1, 8, 14 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

| **Counselor's Response (if applicable)** |
|---|

Date Received: 1, 22, 14    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: Forwarded to the Admin. for handeling

| C. Naske | C. Naske | 1, 22, 14 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

| **EMERGENCY REVIEW** |
|---|

Date Received: ____ / ____ / ____

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____
Chief Administrative Officer's Signature      ____ / ____ / ____ Date

medicine was not brought to me; I was not able to go to health care my self to get this medicine, and I did not recieve a dose of the medicine until 48 hours later. Upon turning all of the remaining 4 eye drops in to Nurse Debbie M. I was given all 5 eye drops by her, she administered them for me, and took them away. I informed her that the Dorzolomide had been turned in days before and I had not had any Dorzolomide until the Dorzolomid that she had just administered to me. This was at approx. 11:00 a.m. At approximately 8:00 p.m. on 1-7-14, Sheridan was still on administrative lockdown, and I was told by the controll officer on my housing unit, C-26, that the nurse had been alerted, after I had pushed my panic button in my cell, and the nurse specifically knows I have to take eye drops, they will be brought when the meds were brought and issued to the other inmates on my unit. At approximately 8:30 p.m. the nurse came. I waited patiently as cell after cell was opened, until my cell was opened, only for my cell mates name to be called for Ibuprofen. I was not allowed to talk to the nurse about these eye drops. I do not trust this medical staff. I have witnessed nurses ridicule and make very disrespectful jokes about several inmates with medical problems. I am not satisfied with them holding my eye drops to moniter them. I am aware that there are more than 1 of each of the eye drops that I take, open in the H.C.U. so it is impossible to truthfully prove that my eyedrops were not being distributed to me in a timely manner. These medications have different dates on the boxes and I am very aware that I have been using more than 1 bottle of the medication that I take. This is very frustrating. This medical staff is NOT TRUSTWORTHY!

---

Relief Requested: Someone investigate this health care unit. Give me an alternative to where I do not have to deal with anyone on this medical staff. They are very untrustworthy and do not care about the offenders they are sworn to treat. I also want every nurse and C.N.A., doctor, and administrator that has treated me or has handled my file to testify in court when the court dates are set, and be held accountable.

Deon L. Rose K61186

Deon L. Rose

| Date: 1-28-14 | Offender: (Please Print) Deon L. Rose | | ID#: K61186 |
|---|---|---|---|
| Present Facility: Sheridan | | Facility where grievance issue occurred: Sheridan | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify)

RECEIVED
FEB 05 2014
SHERIDAN CORRECTIONAL CENTER
CLINICAL SERVICES

- [ ] Disciplinary Report: _____ / _____ / _____  _____
     Date of Report               Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer,** only if EMERGENCY grievance.
   **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I am compelled to write this grievance due to the seriousness of a continuous matter that I am forced to suffer under, at the hands of the Sheridan Health Care Staff. On 1-27-14, I was not allowed to go to health care with the rest of the med-line to take my glaucoma eye drops. This med-line went out at about 9:00 a.m., altho this was an hour later than I am called to med-treatment Monday thru Sunday, and altho I was not under any disciplinary sanctions, I was not allowed to go take these very important

**Relief Requested:** eye drops until 12:45 p.m. Eventho chow lines as well as other passes were allowed to move, I had to wait 17 hours to take multiple medications that

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Deon L. Rose | K61186 | 1, 28, 2014 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 2, 3, 14

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: forwarded to the HCU admin for handling

| C. Nagle | C Nagle 2, 3, 14 |
|---|---|
| Print Counselor's Name | Counselor's Signature   Date of Response |

---

**EMERGENCY REVIEW**

Date Received: _____ / _____ / _____

Is this determined to be of an emergency?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____          _____ / _____ / _____
Chief Administrative Officer's Signature                    Date

must be taken every 12 hours to function correctly.
Since then, my eyes have been extreemly red, irratated.
My vision is more blurry than usual, my eyes hurt, I have
been taken Ibuprofen for the pain. This is because since
taking my eyedrops at 12:45 p.m. on 1-27-14, I have not
been allowed to take any of the 5 different eye drops
that are prescribed to me until 7:00 p.m. on 1-28-14,
31 hours later. Altho I am very furious and very
frustrated, I conduct myself as a gentleman, as a human
being, not like the animal I am being treated as. When
I asked members of this medical staff, why I was not
given any eyedrops, over the periods earlier mentioned in
this grievance, I was told by Nurse, Cathy replied because
you were on lockdown, meaning the institution. I replied,
other individuals got there meds, I have to take these
meds twice a day, no matter what, she gave me no
response nor any other acknowledgement. I don't
think the treatment here is humane, is the thought
and beliefe that I walked away with. It certainly is
not fair, and that is the truth.

Relief Requested: Nicollette S. Duffield, the Administrator
of health care, the D.O.N. Joe S., Nurse Cathy, and
any other authorized health care Physisian with knowledge
of my eyedrops being held in the health care unit, and
with knowledge that I have been going to healt care
for these eye drops, since they were confiscated from
me on 12-31-13, be held to the fullest extent of
civil law possible. This is unexceptable. Has been for far too long.

Deon L. Rose K61186
Deon L. Rose
1-28-14

F/m

| Grievance Officer's Report |
|---|

**Date Received:** January 27, 2014     **Date of Review:** March 26, 2014     **Grievance #** (optional): 3-4-7

**Offender:** Rose, Deon     **ID#:** K61186

**Nature of Grievance:** MEDICAL TREATMENT

**Facts Reviewed:** GRIEVANT STATES: I AM NOT RECEIVING ALL MY MEDS IN A TIMELY MANNER.

Relief from Grievant: TO GET MY MEDS WITHOUT HAVING TO DEAL WITH ANYONE IN THE SHERIDAN HEALTH CARE UNIT.

RESPONSE FROM GRIEVANCE OFFICER:

From:     NicoletteS.Duffield     Health Care Unit Administrator

Subject: Offender Grievance (Rose, Deon K61186)

Complaint:    Proper medical care     Written 1-8-14 , 1-28-14, 1-29-14and 2-5-14   Received 2/19/14

Response: Offenders medical chart has been reviewed offender proper procedures and protocols have been followed by HCU.  Reviewing records the medications have been noted as given timely interviewing staff indicated that meds have been given as prescribed.  At his request offender has been placed on the 8.A. call pass line to be given opportunity to self-administer medication with supervision without interruption.

Recommendation: Moot.

**Recommendation:**  Based upon the above information, it is the recommendation of this Grievance Officer that the grievance be DENIED.

3-26-14

J. D. Kowalski Correctional Counselor 2
Print Grievance Officer's Name           Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 3/27/14     ☑ I concur     ☐ I do not concur     ☐ Remand

**Comments:**

Chief Administrative Officer's Signature                    3/27/14
                                                                    Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____     _____     _____
Offender's Signature                    ID#                    Date

—

C-14
Bloc

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 1-8-14 | Offender: (Please Print) Deon L. Rose | ID#: K61186 |
|---|---|---|
| Present Facility: Sheridan | | Facility where grievance issue occurred: Sheridan |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify)

- [ ] Disciplinary Report: _____/_____/_____
  Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I am compelled to file this grievance on the health care staff here at Sheridan. On 1-5-14, I was given posession of all of my prescribed glaucoma eye drops, this was at approximately 11:00 am. I immediately, upon making sure that I had all 5 bottles of the drops that I take, alerted the nurse that brought me this medicine, that one of the bottles, the Dorzolamide, was empty. I also told her that another bottle of Dorzolamide had been opened the day before on 1-4-14. I was told to hand over the empty bottle and the recently opened bottle would

**Relief Requested:** be brought to me immediately. Sheridan was on an administrative lockdown on 1-5-14, and when this

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Deon L. Rose | K61186 | 1, 8, 14 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 1, 22, 14

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: forwarded to the A.W. for Admin for Handaling

| C. Naole | C. Naole | 1, 22, 14 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: _____/_____/_____

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____  _____/_____/_____
Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender          Page 1          DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

medicine was not brought to me; I was not able to go to health care my self to get this medicine, and I did not recieve a dose of the medicine until 48 hours later. Upon turning all of the remaining 4 eye drops in to Nurse Debbie M. I was given all 5 eye drops by her, she administered them for me, and took them away, I informed her that the Dorzolomide had been turned in days before and I had not had any Dorzolomide until the Dorzolomide that she had just administered to me. This was at approx. 11:00 a.m. At approximately 8:00 p.m. on 1-7-14, Sheridan was still on administrative lockdown, and I was told by the control officer on my housing unit, C-26, that the nurse had been alerted, after I had pushed my panic button in my cell, and the nurse specifically knows I have to take eye drops, they will be brought when the meds were brought and issued to the other inmates on my unit. At approximately 8:30 p.m. the nurse came. I waited patiently as cell after cell was opened, until my cell was opened, only for my cell mates name to be called for Ibuprofen. I was not allowed to talk to the nurse about these eye drops. I do not trust this medical staff. I have witnessed nurses ridicule and make very disrespectful jokes about several inmates with medical problems. I am not satisfied with them holding my eye drops to moniter them. I am aware that there are more than 1 of each of the eye drops that I take, open in the HCU, so it is imposible to truthfully prove that my eyedrops were not being distributed to me in a timely manner. These medications have different dates on the boxes and I am very aware that I have been using more than 1 bottle of the medication that I take. This is very frustrating. This medical staff is NOT TRUSTWORTHY!

_____Relief Requested:_ Someone investigate this health care unit. Give me an alternative to where I do not have to deal with anyone on this medical staff. They are very untrustworthy and do not care about the offenders they are sworn to treat. I also want every nurse and C.N.A., doctor, and administrator that has treated me or has handled my file to testify in court when the court dates are set, and be held accountable.

Deon L. Rose K61186

Deon L. Rose

# RESPONSE TO OFFENDER'S GRIEVANCE

*I/m*

| Grievance Officer's Report |
|---|

**Date Received:** February 5, 2014     **Date of Review:** March 26, 2014     **Grievance #** (optional): 3-4-9

**Offender:** Rose, Deon      **ID#:** K61186

**Nature of Grievance:** MEDICAL TREATMENT

**Facts Reviewed:** GRIEVANT STATES: I AM NOT RECEIVING ALL MY MEDS IN A TIMELY MANNER ON 1-27-14 MY MEDS WERE GIVEN TO ME ABOUT 4 HOURS LATE.

Relief from Grievant: THAT NICOLLETTE DUFFIELD BE HELD TO THE FULLEST EXTENT OF THE CIVIL LAW POSSIBLE.

RESPONSE FROM GRIEVANCE OFFI CER:

From: Nicolette S. Duffield     Health Care Unit Administrator

Subject: Offender Grievance (Rose, Deon K61186)

Complaint: Proper medical care     Written 1-8-14 , 1-28-14, 1-29-14and 2-5-14    Received 2/19/14

Response: Offenders medical chart has been reviewed offender proper procedures and protocols have been followed by HCU. Reviewing records the medications have been noted as given timely interviewing staff indicated that meds have been given as prescribed. At his request offender has been placed on the 8.A. call pass line to be given opportunity to self-administer medication with supervision without interruption.

Recommendation: Moot.

**Recommendation:** Based upon the above information, it is the recommendation of this Grievance Officer that the grievance be DENIED

J. D. Kowalski Correctional Counselor 2
Print Grievance Officer's Name      Grievance Officer's Signature    3-26-14

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 3/27/14    ☑ I concur    ☐ I do not concur    ☐ Remand

**Comments:**

Chief Administrative Officer's Signature      3/27/14
Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Offender's Signature      ID#      Date

| Grievance Officer's Report |
|---|

**Date Received:** January 27, 2014     **Date of Review:** March 26, 2014     **Grievance #** (optional): 3-4-7

**Offender:** Rose, Deon     **ID#:** K61186

**Nature of Grievance:** MEDICAL TREATMENT

**Facts Reviewed:** GRIEVANT STATES: I AM NOT RECEIVING ALL MY MEDS IN A TIMELY MANNER.

Relief from Grievant: TO GET MY MEDS WITHOUT HAVING TO DEAL WITH ANYONE IN THE SHERIDAN HEALTH CARE UNIT.

RESPONSE FROM GRIEVANCE OFFI CER:

From:  NicoletteS.Duffield     Health Care Unit Administrator

Subject: Offender Grievance (Rose, Deon K61186)

Complaint:  Proper medical care     Written 1-8-14 , 1-28-14, 1-29-14and 2-5-14   Received 2/19/14

Response:  Offenders medical chart has been reviewed offender proper procedures and protocols have been followed by HCU.  Reviewing records the medications have been noted as given timely interviewing staff indicated that meds have been given as prescribed.  At his request offender has been placed on the 8.A. call pass line to be given opportunity to self-administer medication with supervision without interruption.

Recommendation: Moot.

**Recommendation:**  Based upon the above information, it is the recommendation of this Grievance Officer that the grievance be DENIED.

_3-26-14_

J. D. Kowalski Correctional Counselor 2
    Print Grievance Officer's Name          Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 3/27/14     ☑ I concur     ☐ I do not concur     ☐ Remand

**Comments:**

    Chief Administrative Officer's Signature          3/27/14   Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

    Offender's Signature          ID#          Date